UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARTS ON FIRE COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> EIGHTSTAR DIAMOND COMPANY, <br><br> Defendant. | CIVIL ACTION NO. 04 12258-JLT <br><br> MAGISTRATE JUDGE ROBERT B. COLLINGS |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter my appearance as counsel to the Defendant, Eightstar Diamond Company, in the above-referenced action.

Respectfully submitted,

　　/s/ Sean T. Carnathan
Sean T. Carnathan, Esq. (BBO #636889)
QUIGLEY, O'CONNOR & CARNATHAN, LLC
25 Mall Road, Suite 300
Burlington, MA 01803
Phone:  (617) 292-2520