UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARTS ON FIRE COMPANY, LLC, | |
| Plaintiff, | CIVIL ACTION NO. 04 12258-JLT |
| v. | MAGISTRATE JUDGE ROBERT B. COLLINGS |
| EIGHTSTAR DIAMOND COMPANY, | |
| Defendant. | |

**CONSENTED-TO MOTION FOR EXTENSION OF TIME IN
WHICH TO RESPOND TO THE COMPLAINT**

Defendant, Eightstar Diamond Company, respectfully moves this Court for an extension of time to and including December 6, 2004, in which to answer or otherwise respond to the Complaint filed against it.  Plaintiff, through Counsel, has consented to this extension of time during which Eightstar will be seeking insurance coverage for fees, costs, and damages associated with this litigation.[1]  In bringing this Motion, Defendant respectfully reserves all defenses, including any potential objections to personal jurisdiction.

---

[1] Counsel for the Plaintiff, Stephen M. Larose, Counsel for Plaintiff, Hearts on Fire Company, LLC, gave oral consent to the granting of this Motion.

DATED this ___ day of November, 2004.

           QUIGLEY, O'CONNOR & CARNATHAN, LLC


            /s/ Sean T. Carnathan
           Sean T. Carnathan, Esq. (BBO #636889)
           25 Mall Road, Suite 300
           Burlington, MA  01803
           (617) 292-2520

                Attorneys for Defendant Eightstar
                Diamond Company