UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARTS ON FIRE COMPANY, LLC,<br><br>                          Plaintiff,<br><br>v.<br><br>EIGHTSTAR DIAMOND COMPANY,<br><br>                          Defendant. | CIVIL ACTION NO. 04 12258-JLT<br><br>MAGISTRATE JUDGE ROBERT B. COLLINGS |

**[PROPOSED] ORDER GRANTING CONSENTED-TO MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO THE COMPLAINT**

This matter came before the court on the Consented-To Motion for Extension of Time in Which to Respond to the Complaint, requesting an order to extend the time for defendant, Eightstar Diamond Company, to answer or otherwise respond to the Complaint. The Court considered the consented-to motion and the representations of counsel.

NOW, THEREFORE, it is hereby ORDERED:

The deadline for Eightstar Diamond Company to file an answer or otherwise respond to the complaint is hereby extended to December 6, 2004.

-2-

DATED this ___ day of _____, 2004.

               MAGISTRATE JUDGE


               _____
               Magistrate Judge Robert B. Collings