UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARTS ON FIRE COMPANY, LLC, | |
| Plaintiff, | CIVIL ACTION NO. 04 12258-JLT |
| v. | MAGISTRATE JUDGE ROBERT B. COLLINGS |
| EIGHTSTAR DIAMOND COMPANY, | |
| Defendant. | |

**DEFENDANT EIGHTSTAR DIAMOND COMPANY**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rules 7.3 of the United States District Court for the District of Massachusetts, defendant Eightstar Diamond Company makes the following statement to identify relevant parent companies. Eightstar Diamond Company is not a subsidiary of any parent company and there are no other entities that own ten percent (10%) or more of the capital stock of Eight Star Diamond Company.

DATED this 2d day of December, 2004.

QUIGLEY, O'CONNOR & CARNATHAN, LLC

/s/ Sean T. Carnathan
Sean T. Carnathan, Esq. (BBO #636889)
25 Mall Road, Suite 300
Burlington, MA 01803
(617) 292-2502

Attorneys for Defendant Eightstar
Diamond Company