UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARTS ON FIRE COMPANY, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>EIGHTSTAR DIAMOND COMPANY,<br><br>      Defendant. | CIVIL ACTION NO. 04-12258-JLT<br><br>MAGISTRATE JUDGE ROBERT B. COLLINGS |

**ASSENTED-TO MOTION FOR**
**ADMISSION *PRO HAC VICE* OF VALERIE du LANEY ADELE CONOVER**

Pursuant to Local Rule 83.5.3(b), Sean T. Carnathan, a member of the bar of this Court, hereby moves this Court for an order allowing Valerie du Laney and Adele Conover to appear in this matter on behalf of Defendant Eightstar Diamond Company.  Mr. Carnathan is a member in good standing of the United States District Court for the District of Massachusetts.  As grounds for this motion, Mr. Carnathan relies upon the affidavits of Ms. Valerie du Laney and Ms. Adele Conover (submitted herewith) and states as follows:

  1.  Ms. du Laney is admitted to practice law in the State of Washington.

  2.  Ms. du Laney is admitted to practice in the following federal court:  the United States District Court, Western District of Washington.

  3.  Ms. Conover is admitted to practice law in the State of Washington and the State of Colorado.

4. Ms. Conover is admitted to practice in the following federal courts: the United States District Court, Eastern and Western Districts of Washington, and the District of Colorado.

5. Mses. du Laney and Conover are members in good standing in all jurisdictions where they have been admitted to practice.

6. There are no disciplinary proceedings pending against Mses. du Laney or Conover as members of the bar in any jurisdiction.

7. Mses. du Laney and Conover are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

8. Mses. du Laney and Conover are familiar with the facts and circumstances underlying the captioned action and their admission *Pro Hac Vice* will facilitate the just and speedy resolution of this action.

9. Plaintiff, through its counsel, has assented to this motion.

10. Pursuant to Section F of the District of Massachusetts Electronic Case Filing Administrative Procedures, Defendant has contemporaneously tendered a check to the clerk for $100.00 upon the filing of this motion, which represents the Court's filing fees for Mses. du Laney and Conover's admission *Pro Hac Vice*.

SEADOCS:190859. 1

WHEREFORE, Sean T. Carnathan hereby requests that this Court admit Valerie du Laney and Adele Conover to appear in this matter on behalf of Eightstar Diamond Company.

QUIGLEY, O'CONNOR & CARNATHAN, LLC

/s/ Sean T. Carnathan
Sean T. Carnathan, Esq. (BBO #636889)
25 Mall Road, Suite 300
Burlington, MA 01803
(617) 292-2520

Attorneys for Defendant Eightstar Diamond Company

Dated: December 2, 2004.