UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARTS ON FIRE COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> EIGHTSTAR DIAMOND COMPANY, <br><br> Defendant. | CIVIL ACTION NO. 04-12258-JLT <br><br> MAGISTRATE JUDGE ROBERT B. COLLINGS |

### AFFIDAVIT OF ADELE CONOVER

Adele Conover, upon oath, deposes and says as follows:

1.      I am an attorney licensed to practice law in Washington.  I am an associate in the law firm of Miller Nash LLP in Seattle, Washington.  I submit this affidavit in support of a Motion for Admission *Pro Hac Vice* in the above captioned action on behalf of Defendant Eightstar Diamond Company.

2.      I am intimately familiar with the facts and circumstances underlying the captioned action and my admission *Pro Hac Vice* will facilitate the just and speedy resolution of this action.

3.      I am a member of the Washington and Colorado State Bar.

4.      I am also a member of the Bar of the United States District Court for the Western District, and Eastern District of Washington, and the District of Colorado.

5.     I am a member in good standing in all jurisdictions where I have been admitted to practice.

6.     There are no disciplinary proceedings pending against me in any jurisdiction.

7.     I have reviewed and am familiar with the Local Rules of the United States District court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 2d day of December, 2004.

/s/ Adele Conover
Adele Conover

530010-2001/120204/SEADOCS:190904. 1