# ATTACHMENT 1





# Trademark Electronic Search System(Tess)

TESS was last updated on Fri Dec 3 04:27:44 EST 2004

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: ___  OR  Jump  to record: ___  **Record 1 out of 8**

Check Status (TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | THE MOST PERFECTLY CUT DIAMOND IN THE WORLD |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Retail store services in the field of diamonds; online retail store services in the field of diamonds; wholesale distributorship services in the field of diamonds; wholesale stores featuring diamonds. FIRST USE: 19970101. FIRST USE IN COMMERCE: 19970101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78078313 |
| **Filing Date** | August 8, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Supplemental Register Date** | September 18, 2002 |
| **Owner** | (APPLICANT) Hearts on Fire Company CORPORATION DELAWARE 99 SUMMER STREET, 4TH FLOOR Boston MASSACHUSETTS 02110 |
| **Attorney of Record** | GAILYC C. SONIA |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CUT DIAMOND" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead** | |

**Indicator**     LIVE

| PTO Home | Trademark | TESS Home | New User | Structured | Free Form | Browse Dict | Top | Help | Prev List | Curr List |
| Next List | First Doc | Prev Doc | Next Doc | Last Doc |

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2004-12-03 19:17:19 ET

**Serial Number:** 78078313

**Registration Number:** (NOT AVAILABLE)

**Mark (words only):** THE MOST PERFECTLY CUT DIAMOND IN THE WORLD

**Standard Character claim:** No

**Current Status:** Withdrawn from publication.

**Date of Status:** 2004-11-30

**Filing Date:** 2001-08-08

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

**Attorney Assigned:**
HUGHITT ELIZABETH A Employee Location

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2004-11-29

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Hearts on Fire Company

**Address:**
Hearts on Fire Company
99 SUMMER STREET, 4TH FLOOR
Boston, MA 02110
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware
**Phone Number:** N.A.

---

### GOODS AND/OR SERVICES

**International Class:** 035

Retail store services in the field of diamonds; online retail store services in the field of diamonds; wholesale distributorship services in the field of diamonds; wholesale stores featuring diamonds
**First Use Date:** 1997-01-01
**First Use in Commerce Date:** 1997-01-01

**Basis:** 1(a)

## ADDITIONAL INFORMATION

**Disclaimer:** "CUT DIAMOND"

**Section 2(f)**

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2004-11-05 - Law Office Publication Review Completed

2004-10-06 - Assigned To LIE

2004-10-06 - Assigned To LIE

2004-09-28 - Approved for Pub - Principal Register (Initial exam)

2004-09-28 - EXAMINERS AMENDMENT E-MAILED

2004-09-28 - Examiners Amendment - Completed

2004-09-28 - Case file assigned to examining attorney

2004-09-28 - Previous allowance count withdrawn

2004-09-28 - Case file assigned to examining attorney

2004-07-16 - PAPER RECEIVED

2004-04-26 - Case file assigned to examining attorney

2004-02-02 - TEAS Change of Correspondence Received

2003-05-20 - Opposition instituted for Proceeding

2003-01-07 - Extension of time to oppose - Filed

2002-12-03 - Published for opposition

2002-11-13 - Notice of publication

2002-09-24 - Approved for Pub - Principal Register (Initial exam)

2002-09-24 - Amendment to Use approved

2002-09-19 - Examiner's amendment mailed

2002-07-15 - Disapproval of Amendment to use mailed

2002-03-29 - Communication received from applicant

2002-05-16 - Amendment to use processing complete

2002-03-25 - Amendment to Use filed

2002-03-25 - Communication received from applicant

2002-03-25 - PAPER RECEIVED

2001-09-29 - Non-final action mailed

2001-09-25 - Case file assigned to examining attorney

2001-09-19 - Case file assigned to examining attorney

## CORRESPONDENCE INFORMATION

**Correspondent**
GAILYC C. SONIA (Attorney of record)

GAILYC C. SONIA
HEARTS ON FIRE COMPANY
99 SUMMER STREET, 4TH FLOOR
BOSTON, MA 02110

**Phone Number:** 617-523-5588
**Fax Number:** 617-523-1437

# United States Patent and Trademark Office

Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us

## Trademark Electronic Search System(Tess)

*TESS was last updated on Fri Dec 3 04:27:44 EST 2004*

PTO Home | Trademark | TESS Home | New User | Structured | Free Form | Browse Dict | Bottom | Help | Prev List | Curr List | Next List | First Doc | Prev Doc | Next Doc | Last Doc

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: ___ OR Jump | to record: ___   **Record 3 out of 8**

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | THE **MOST PERFECTLY CUT DIAMOND** IN THE **WORLD** |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Gemstones, namely cut diamonds. FIRST USE: 19970101. FIRST USE IN COMMERCE: 19970101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78078314 |
| **Filing Date** | August 8, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 21, 2003 |
| **Owner** | (APPLICANT) Hearts on Fire Company CORPORATION DELAWARE 333 Washington Street, Suite 851 Boston MASSACHUSETTS 021085111 |
| **Attorney of Record** | GAILYC C. SONIA |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CUT DIAMOND" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead Indicator** | LIVE |

| PTO Home | Trademark | TESS Home | New User | Structured | Free Form | Browse Dict | Top | Help | Prev List | Curr List |
|---|---|---|---|---|---|---|---|---|---|---|
| Next List | First Doc | Prev Doc | Next Doc | Last Doc | | | | | | |

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2004-12-03 19:18:53 ET

**Serial Number:** 78078314

**Registration Number:** (NOT AVAILABLE)

**Mark (words only):** THE MOST PERFECTLY CUT DIAMOND IN THE WORLD

**Standard Character claim:** No

**Current Status:** An opposition is now pending at the Trademark Trial and Appeal Board.

**Date of Status:** 2004-02-27

**Filing Date:** 2001-08-08

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 112

**Attorney Assigned:**
FAIRBANKS RONALD L Employee Location

**Current Location:** 845 -TTAB

**Date In Location:** 2004-11-17

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Hearts on Fire Company

**Address:**
Hearts on Fire Company
333 Washington Street, Suite 851
Boston, MA 021085111
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware
**Phone Number:** N.A.

---

### GOODS AND/OR SERVICES

**International Class:** 014

Gemstones, namely cut diamonds
**First Use Date:** 1997-01-01
**First Use in Commerce Date:** 1997-01-01

**Basis:** 1(a)

## ADDITIONAL INFORMATION

**Disclaimer:** "CUT DIAMOND"

**Section 2(f)**

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2004-07-16 - PAPER RECEIVED

2004-02-11 - Registration canceled - Restored to pendency

2004-02-02 - TEAS Change of Correspondence Received

2003-07-29 - Registered - Principal Register

2003-05-20 - Opposition instituted for Proceeding

2003-02-11 - Extension of time to oppose - Filed

2003-01-21 - Published for opposition

2003-01-01 - Notice of publication

2002-11-18 - Approved for Pub - Principal Register (Initial exam)

2002-09-19 - Communication received from applicant

2002-09-19 - PAPER RECEIVED

2002-06-07 - Unresponsive paper received

2002-06-06 - NON-FINAL ACTION E-MAILED

2002-06-06 - Amendment to Use approved

2002-04-23 - Amendment to use processing complete

2002-03-25 - Amendment to Use filed

2002-03-25 - PAPER RECEIVED

2002-03-25 - Communication received from applicant

2002-03-25 - PAPER RECEIVED

2001-09-25 - Non-final action mailed

2001-09-17 - Case file assigned to examining attorney

## CORRESPONDENCE INFORMATION

**Correspondent**
GAILYC C. SONIA (Attorney of record)

GAILYE C. SONIA
HEARTS ON FIRE COMPANY
99 SUMMER STREET, 4TH FLOOR
BOSTON, MA 02110

**Phone Number:** 617-523-5588
**Fax Number:** 617-523-1437