# Exhibit A





79 South Elliott Road
Chapel Hill, NC 27514
919-929-2580 / 800-928-2580

Store Hours
Tuesday - Friday 10:00am to 6:00pm
Saturday 10:00am to 5:00pm
grimball@bellsouth.net

Where diamonds do grow on trees.

 **Art Nouveau Jewelry**
Gorgeous 18K & enamel made in Spain

 **One of a Kind Pieces**
You won't find these anywhere else

 **Moissanite Jewelry**
Incredible brilliance and durability at 1/10 the cost of diamond

 **EightStar Diamonds**
The most perfectly cut diamonds in the world. Only 2000 are cut each year.

 **Our Newsletter**
Quarterly updates

 **Gem Information**
Definitions and explanations of treatments, synthetics, etc.

 **Lucere cut diamond**
If you are thinking of a princess or emerald cut, you owe it to yourself to see the Lucere.

**Panorama**
A panoramic view of our new store

**About Us**
Stories and pictures

**Links**
Links to informative sites about Grimball Jewelery

 **Search**
The most respected gem and jewelry content in the world

Copyright©2000-2002 Grimball Jewelers
Unique-Orn.com

http://www.grimballjewelers.com/                                10/14/2004

# Exhibit B

Case 1:04-cv-12258-JLT    Document 7-4    Filed 12/22/2004    Page 4 of 8



**79 South Elliott Road
Chapel Hill, NC 27514
919-929-2580
grimball@bellsouth.net**

Designers in gold and platinum

Repairs and Appraisals

Fine diamonds and colored gems

## Links



### EightStar Diamonds

The most perfectly cut diamonds in the world. Only 2000 are cut each year.

Back to top

Home | About Us | One of a Kind | Moissanite | EightStar Diamonds | Art Nouveau | Newsletter | Gem Info | Lucere | Links | Search

Copyright©2000 Grimball Jewelers

Exhibit C

**NP**

# NIXON PEABODY LLP
ATTORNEYS AT LAW

100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
Fax: (617) 345-1300
Direct Dial: (617) 345-6176
Direct Fax: 866-382-5886
E-Mail: mrobins@nixonpeabody.com

October 14, 2004

**By Overnight Courier**

GRS Jewelers Inc. d/b/a Grimball & Stokes Jewelers a/k/a Grimball Jewelers
79 S Elliott Road
Chapel Hill, NC 27514

RE: Violation of Trademark Rights

Dear Sir/Madam:

This firm represents Hearts On Fire Company, LLC ("HOF"). Please direct future communications to my attention.

HOF is the owner of a number of trademarks and service marks, including the trademarks THE WORLD'S MOST PERFECTLY CUT DIAMOND™ and THE MOST PERFECTLY CUT DIAMOND IN THE WORLD™, which HOF has been using, among other things, in connection with HOF's diamond gemstones, among other things, for many years. Applications to register these trademark have been allowed by the United States Patent and Trademark Office ("USPTO"), and HOF has acquired rights in the unregistered marks through years of use pursuant to 15 U.S.C. § 1125(a).

On December 9, 2003, your company was served with a subpoena in connection with a proceeding before the Trademark Trial and Appeal Board of the USPTO regarding the registration of THE WORLD'S MOST PERFECTLY CUT DIAMOND™. This subpoena sought production of documents concerning, among other things, your use of the phrase "The Most Perfectly Cut Diamonds in the World." Shortly thereafter, the proceeding before the Trademark Trial and Appeal Board was suspended.

The subpoena certainly provided you with notice of HOF's rights in a trademark and of your use of a confusingly similar trademark. However, you have continued to use the phrase "the most perfectly cut diamond in the world." Indeed, we have confirmed that your web site is currently using this phrase to promote the sale of EightStar diamonds, products which are directly competitive with those sold by HOF under its trademarks. Copies of these web pages are enclosed.

BOS1426404.1

ALBANY, NY • BOSTON, MA • BUFFALO, NY • GARDEN CITY, NY • HARTFORD, CT • MANCHESTER, NH • McLEAN, VA
NEW YORK, NY • ORANGE COUNTY, CA • PHILADELPHIA, PA • PROVIDENCE, RI • ROCHESTER, NY • SAN FRANCISCO, CA • WASHINGTON, DC

NIXON PEABODY LLP

GRS Jewelers Inc.
October 14, 2004
- 2 –

    This conduct is highly likely to cause consumer confusion and, hence, is actionable under 15 U.S.C. § 1125(a) and applicable state law. Such trademark violations may be redressed by, among other things, injunctive relief, the disgorgement of profits, an award of up to three times actual damages, costs, and attorneys' fees.

    Accordingly, HOF demands that you immediately cease any and all use of the phrase "The most perfectly cut diamonds in the world" or any other mark, slogan, or designation that is confusingly similar to THE WORLD'S MOST PERFECTLY CUT DIAMOND™ or THE MOST PERFECTLY CUT DIAMOND IN THE WORLD™. If you wish to avoid litigation, please provide me with *written assurances* of the foregoing within *five (5) business days* of the date of this letter.

    While I am contacting you in an effort to avoid litigation, nothing herein is intended by HOF, nor should it be construed by you, to be an offer of settlement, or a waiver or relinquishment of any rights or remedies which HOF may have in this matter, and all such rights and remedies are hereby specifically reserved. Among other things, and without limitation, HOF reserves all rights regarding any other entities involved in, or responsible for, this violation of HOF's rights. Please maintain all evidence pertaining to this matter in accordance with applicable laws governing the preservation of evidence.

    Please provide me with the written assurances requested above by no later than October 20, 2004.

                      Very truly yours,

                        Mark D. Robins

Enclosure
cc:    Gailyc C. Sonia, Esq. – Hearts On Fire Company, LLC
       Robert P. Sherman, Esq. – Nixon Peabody LLP

Grimball Jewelers-fine gems, custom design, diamonds, moissanite repairs, appraisals. Page 1 of 1

Case 1:04-cv-12258-JLT   Document 7-4   Filed 12/22/2004   Page 8 of 8



**79 South Elliott Road
Chapel Hill, NC 27514
919-929-2580 / 800-928-2580**

Store Hours
Tuesday - Friday 10:00am to 6:00pm
Saturday 10:00am to 5:00pm
grimball@bellsouth.net



Where diamonds do grow on trees.

 **Art Nouveau Jewelry**
Gorgeous 18K & enamel made in Spain

 **One of a Kind Pieces**
You won't find these anywhere else

 **Moissanite Jewelry**
Incredible brilliance and durability at 1/10 the cost of diamond

 **EightStar Diamonds**
The most perfectly cut diamonds in the world. Only 2000 are cut each year.

 **Our Newsletter**
Quarterly updates

 **Gem Information**
Definitions and explanations of treatments, synthetics, etc.

 **Lucere cut diamond**
If you are thinking of a princess or emerald cut, you owe it to yourself to see the Lucere.

 **Panorama**
A panoramic view of our new store

 **About Us**
Stories and pictures

 **Links**
Links to informative sites about Grimball Jewelery

 **Search**
The most respected gem and jewelry content in the world

Copyright©2000-2002 Grimball Jewelers
UniqueOrn.com