UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARTS ON FIRE COMPANY, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>EIGHTSTAR DIAMOND COMPANY,<br><br>       Defendant. | CIVIL ACTION NO. 04-12258-JLT |

**JOINT MOTION FOR EXTENSIONS OF TIME**

  Plaintiff Hearts on Fire Company, LLC ("HOF") and Defendant EightStar Diamond Company ("EightStar") hereby jointly move for a two week extension of time, from December 27, 2005 to January 10, 2005, for HOF to answer, move or otherwise respond to EightStar's Counterclaims. In addition, HOF and EightStar jointly request a two week extension of time from January 5, 2005 to January 19, 2005, for EightStar to oppose HOF's Motion to Amend the Complaint. As grounds for this Motion, HOF and EightStar state the following:

  1. Counsel for HOF and EightStar have conferred on these matters and jointly agree to the respective extensions of time.

  2. The extensions have become necessary due to time conflicts, including those caused by the holidays, that have arisen in the schedules of counsel for the parties.

  3. Due to these time conflicts, these extensions have become necessary in order to allow counsel to fully and adequately prepare responses to the respective pleadings.

BOS1448565.1

WHEREFORE, HOF and EightStar request that this Court grant their Joint Motion and allow a two week extension of time, to January 10, 2005, for HOF to answer, move or otherwise respond to EightStar's Counterclaims, as well as a two week extension of time, to January 19, 2005, for EightStar to oppose HOF's Motion to Amend the Complaint.

| HEARTS ON FIRE CO., LLC | EIGHTSTAR DIAMOND CO. |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Mark D. Robins | /s/ Adele Conover |
| Robert P. Sherman (BBO #548540)<br>Mark D. Robins (BBO #559933)<br>Stephen M. LaRose (BBO #654507)<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA 02110<br>617-345-1000 | Valerie du Laney<br>Adele Conover<br>MILLER NASH LLP<br>4400 Two Union Square<br>601 Union Street<br>Seattle, WA 98101<br>206-622-8484 |
| | **Local Counsel:**<br>Sean Carnathan (BBO #636889)<br>QUIGLEY, O'CONNOR & CARNATHAN LLC<br>25 Mall Road, Suite 300<br>Burlington, MA 01803<br>617-292-2520 |

Dated: December 23, 2004