# *Exhibit 1*

*to DEFENDANT EIGHTSTAR DIAMOND COMPANY'S MEMORANDUM IN OPPOSITION
TO <u>PLAINTIFF'S MOTION TO DISMISS</u>
United States District Court District of Massachusetts  Cause No. 04-12258-JLT*

UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

# Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Jan 22 04:26:59 EST 2005*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [          ]  OR  Jump  to record: [          ]  **Record 2 out of 8**

Check Status  *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | THE **WORLD'S** MOST **PERFECTLY CUT DIAMOND** |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Retail store services in the field of diamonds; online retail store services in the field of diamonds. FIRST USE: 19970101. FIRST USE IN COMMERCE: 19970101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78078312 |
| **Filing Date** | August 8, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | December 3, 2002 |
| **Supplemental Register Date** | September 18, 2002 |
| **Owner** | (APPLICANT) Hearts on Fire Company CORPORATION DELAWARE 99 Summer Street, Fourth floor Boston MASSACHUSETTS 02110 |
| **Attorney of Record** | Gailyc C. Sonia |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CUT DIAMOND" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL-2(F) |

**Live/Dead Indicator**     LIVE

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2005-01-24 11:59:39 ET

**Serial Number:** 78078312

**Registration Number:** (NOT AVAILABLE)

**Mark (words only):** THE WORLD'S MOST PERFECTLY CUT DIAMOND

**Standard Character claim:** No

**Current Status:** Final review prior to publication has been completed, application will be published for opposition.

**Date of Status:** 2004-12-27

**Filing Date:** 2001-08-08

**The Information will be/was published in the Official Gazette on** 2005-02-08

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

**Attorney Assigned:**
HUGHITT ELIZABETH A Employee Location

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2004-12-27

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Hearts on Fire Company

**Address:**
Hearts on Fire Company
99 Summer Street, Fourth floor
Boston, MA 02110
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware
**Phone Number:** N.A.

---

## GOODS AND/OR SERVICES

**International Class:** 035
Retail store services in the field of diamonds; online retail store services in the field of diamonds
**First Use Date:** 1997-01-01
**First Use in Commerce Date:** 1997-01-01

**Basis:** 1(a)

## ADDITIONAL INFORMATION

**Disclaimer:** "CUT DIAMOND"

**Section 2(f)**

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2005-01-19 - Notice of publication

2004-11-05 - Law Office Publication Review Completed

2004-10-06 - Assigned To LIE

2004-09-28 - Approved for Pub - Principal Register (Initial exam)

2004-09-28 - EXAMINERS AMENDMENT E-MAILED

2004-09-28 - Examiners Amendment -Written

2004-09-28 - Case file assigned to examining attorney

2004-09-28 - Previous allowance count withdrawn

2004-09-28 - Case file assigned to examining attorney

2004-07-16 - PAPER RECEIVED

2004-04-26 - Case file assigned to examining attorney

2004-02-02 - TEAS Change of Correspondence Received

2003-05-20 - Opposition instituted for Proceeding

2003-01-07 - Extension Of Time To Oppose Received

2002-12-03 - Published for opposition

2002-11-13 - Notice of publication

2002-09-24 - Approved for Pub - Principal Register (Initial exam)

2002-09-19 - Examiner's amendment mailed

2002-07-15 - Non-final action mailed

2002-07-14 - Amendment to Use approved

2002-05-29 - Amendment to use processing complete

2002-03-25 - Amendment to Use filed

2002-03-25 - Communication received from applicant

2002-03-29 - Communication received from applicant

2002-03-25 - PAPER RECEIVED

2001-09-29 - Non-final action mailed

2001-09-25 - Case file assigned to examining attorney

2001-09-19 - Case file assigned to examining attorney

---

## CORRESPONDENCE INFORMATION

---

**Correspondent**
Gailyc C. Sonia (Attorney of record)

GAILYC C. SONIA
HEARTS ON FIRE COMPANY
99 SUMMER STREET, 4TH FLOOR
BOSTON, MA 02110

**Phone Number:** 617-523-5588
**Fax Number:** 617-523-1437

---



UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Jan 22 04:26:59 EST 2005*



Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [      ]   OR   Jump | to record: [      ]   **Record 1 out of 8**

Check Status | *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | THE **MOST PERFECTLY CUT DIAMOND** IN THE **WORLD** |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Retail store services in the field of diamonds; online retail store services in the field of diamonds; wholesale distributorship services in the field of diamonds; wholesale stores featuring diamonds. FIRST USE: 19970101. FIRST USE IN COMMERCE: 19970101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78078313 |
| **Filing Date** | August 8, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Supplemental Register Date** | September 18, 2002 |
| **Owner** | (APPLICANT) Hearts on Fire Company CORPORATION DELAWARE 99 SUMMER STREET, 4TH FLOOR Boston MASSACHUSETTS 02110 |
| **Attorney of Record** | GAILYC C. SONIA |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CUT DIAMOND" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead** | |

**Indicator**          LIVE

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | | | | NEXT DOC | LAST DOC | | | | |

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT**

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2005-01-24 11:59:14 ET

**Serial Number:** 78078313

**Registration Number:** (NOT AVAILABLE)

**Mark (words only):** THE MOST PERFECTLY CUT DIAMOND IN THE WORLD

**Standard Character claim:** No

**Current Status:** Final review prior to publication has been completed, application will be published for opposition.

**Date of Status:** 2004-12-21

**Filing Date:** 2001-08-08

**The Information will be/was published in the Official Gazette on** 2005-02-01

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 111

**Attorney Assigned:**
HUGHITT ELIZABETH A Employee Location

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2004-12-21

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Hearts on Fire Company

**Address:**
Hearts on Fire Company
99 SUMMER STREET, 4TH FLOOR
Boston, MA 02110
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware
**Phone Number:** N.A.

---

## GOODS AND/OR SERVICES

**International Class:** 035
Retail store services in the field of diamonds; online retail store services in the field of diamonds; wholesale distributorship services in the field of diamonds; wholesale stores featuring diamonds
**First Use Date:** 1997-01-01
**First Use in Commerce Date:** 1997-01-01

**Basis:** 1(a)

## ADDITIONAL INFORMATION

**Disclaimer:** "CUT DIAMOND"

**Section 2(f)**

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2005-01-12 - Notice of publication

2004-11-05 - Law Office Publication Review Completed

2004-10-06 - Assigned To LIE

2004-10-06 - Assigned To LIE

2004-09-28 - Approved for Pub - Principal Register (Initial exam)

2004-09-28 - EXAMINERS AMENDMENT E-MAILED

2004-09-28 - Examiners Amendment -Written

2004-09-28 - Case file assigned to examining attorney

2004-09-28 - Previous allowance count withdrawn

2004-09-28 - Case file assigned to examining attorney

2004-07-16 - PAPER RECEIVED

2004-04-26 - Case file assigned to examining attorney

2004-02-02 - TEAS Change of Correspondence Received

2003-05-20 - Opposition instituted for Proceeding

2003-01-07 - Extension Of Time To Oppose Received

2002-12-03 - Published for opposition

2002-11-13 - Notice of publication

2002-09-24 - Approved for Pub - Principal Register (Initial exam)

2002-09-24 - Amendment to Use approved

2002-09-19 - Examiner's amendment mailed

2002-07-15 - Disapproval of Amendment to use mailed

2002-03-29 - Communication received from applicant

2002-05-16 - Amendment to use processing complete

2002-03-25 - Amendment to Use filed

2002-03-25 - Communication received from applicant

2002-03-25 - PAPER RECEIVED

2001-09-29 - Non-final action mailed

2001-09-25 - Case file assigned to examining attorney

2001-09-19 - Case file assigned to examining attorney

---

## CORRESPONDENCE INFORMATION

**Correspondent**
GAILYC C. SONIA (Attorney of record)

GAILYC C. SONIA
HEARTS ON FIRE COMPANY
99 SUMMER STREET, 4TH FLOOR
BOSTON, MA 02110

**Phone Number:** 617-523-5588
**Fax Number:** 617-523-1437

---

# Exhibit 2

*to DEFENDANT EIGHTSTAR DIAMOND COMPANY'S MEMORANDUM IN OPPOSITION*
*TO <u>PLAINTIFF'S MOTION TO DISMISS</u>*
*United States District Court District of Massachusetts  Cause No. 04-12258-JLT*

UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Jan 22 04:26:59 EST 2005*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [        ]  OR  Jump  to record: [        ]  **Record 3 out of 8**

Check Status  *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | THE **MOST PERFECTLY CUT DIAMOND** IN THE **WORLD** |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Gemstones, namely cut diamonds. FIRST USE: 19970101. FIRST USE IN COMMERCE: 19970101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78078314 |
| **Filing Date** | August 8, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 21, 2003 |
| **Owner** | (APPLICANT) Hearts on Fire Company CORPORATION DELAWARE 333 Washington Street, Suite 851 Boston MASSACHUSETTS 021085111 |
| **Attorney of Record** | GAILYC C. SONIA |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CUT DIAMOND" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead Indicator** | LIVE |

PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST

CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2005-01-24 11:59:59 ET

**Serial Number:** 78078314

**Registration Number:** (NOT AVAILABLE)

**Mark (words only):** THE MOST PERFECTLY CUT DIAMOND IN THE WORLD

**Standard Character claim:** No

**Current Status:** An opposition is now pending at the Trademark Trial and Appeal Board.

**Date of Status:** 2004-02-27

**Filing Date:** 2001-08-08

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 112

**Attorney Assigned:**
FAIRBANKS RONALD L Employee Location

**Current Location:** 845 -TTAB

**Date In Location:** 2004-11-17

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Hearts on Fire Company

**Address:**
Hearts on Fire Company
333 Washington Street, Suite 851
Boston, MA 021085111
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware
**Phone Number:** N.A.

---

## GOODS AND/OR SERVICES

**International Class:** 014

Gemstones, namely cut diamonds
**First Use Date:** 1997-01-01
**First Use in Commerce Date:** 1997-01-01

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

---

**Disclaimer:** "CUT DIAMOND"

**Section 2(f)**

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2004-07-16 - PAPER RECEIVED

2004-02-11 - Registration canceled - Restored to pendency

2004-02-02 - TEAS Change of Correspondence Received

2003-07-29 - Registered - Principal Register

2003-05-20 - Opposition instituted for Proceeding

2003-02-11 - Extension Of Time To Oppose Received

2003-01-21 - Published for opposition

2003-01-01 - Notice of publication

2002-11-18 - Approved for Pub - Principal Register (Initial exam)

2002-09-19 - Communication received from applicant

2002-09-19 - PAPER RECEIVED

2002-06-07 - Unresponsive paper received

2002-06-06 - NON-FINAL ACTION E-MAILED

2002-06-06 - Amendment to Use approved

2002-04-23 - Amendment to use processing complete

2002-03-25 - Amendment to Use filed

2002-03-25 - PAPER RECEIVED

2002-03-25 - Communication received from applicant

2002-03-25 - PAPER RECEIVED

2001-09-25 - Non-final action mailed

2001-09-17 - Case file assigned to examining attorney

---

## CORRESPONDENCE INFORMATION

---

**Correspondent**
GAILYC C. SONIA (Attorney of record)

GAILYE C. SONIA
HEARTS ON FIRE COMPANY
99 SUMMER STREET, 4TH FLOOR
BOSTON, MA 02110

**Phone Number:** 617-523-5588
**Fax Number:** 617-523-1437

---



UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Jan 22 04:26:59 EST 2005*



| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** List At: [_____] OR **Jump** to record: [_____] **Record 5 out of 8**

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | THE **WORLD'S MOST PERFECTLY CUT DIAMOND** |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: Gemstones, namely cut diamonds. FIRST USE: 19970101. FIRST USE IN COMMERCE: 19970101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78078235 |
| **Filing Date** | August 8, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 8, 2003 |
| **Owner** | (APPLICANT) Hearts on Fire Company CORPORATION DELAWARE 333 Washington Street, Suite 851 Boston MASSACHUSETTS 021085111 |
| **Attorney of Record** | GAILYC C SONIA |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CUT DIAMOND" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead Indicator** | LIVE |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | TOP | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | |

**HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES |
CONTACT US | PRIVACY STATEMENT**

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2005-01-24 12:00:56 ET

**Serial Number:** 78078235

**Registration Number:** (NOT AVAILABLE)

**Mark (words only):** THE WORLD'S MOST PERFECTLY CUT DIAMOND

**Standard Character claim:** No

**Current Status:** An opposition is now pending at the Trademark Trial and Appeal Board.

**Date of Status:** 2003-05-06

**Filing Date:** 2001-08-08

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 112

**Attorney Assigned:**
GASKINS TONJA M <u>Employee Location</u>

**Current Location:** M3D -TMO Law Office 112 - Docket Clerk

**Date In Location:** 2005-01-04

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. Hearts on Fire Company

**Address:**
Hearts on Fire Company
333 Washington Street, Suite 851
Boston, MA 021085111
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware
**Phone Number:** N.A.

---

## GOODS AND/OR SERVICES

---

**International Class:** 014

Gemstones, namely cut diamonds
**First Use Date:** 1997-01-01
**First Use in Commerce Date:** 1997-01-01

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

---

**Disclaimer:** "CUT DIAMOND"

**Section 2(f)**

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2004-07-16 - PAPER RECEIVED

2004-02-02 - TEAS Change of Correspondence Received

2003-05-06 - Opposition instituted for Proceeding

2003-04-29 - Opposition papers filed

2003-04-08 - Published for opposition

2003-03-19 - Notice of publication

2002-11-21 - Approved for Pub - Principal Register (Initial exam)

2002-09-19 - Communication received from applicant

2002-09-19 - PAPER RECEIVED

2002-07-02 - Non-final action mailed

2002-07-01 - Amendment to Use approved

2002-03-25 - Section 1(a) claim - Added

2002-05-01 - Amendment to use processing complete

2002-03-25 - Amendment to Use filed

2002-03-26 - Communication received from applicant

2002-03-25 - PAPER RECEIVED

2001-09-26 - Non-final action mailed

2001-09-17 - Case file assigned to examining attorney

---

## CORRESPONDENCE INFORMATION

**Correspondent**
GAILYC C SONIA (Attorney of record)

GAILYC C. SONIA
HEARTS ON FIRE COMPANY
99 SUMMER ST., 4TH FLOOR
BOSTON, MA 02110

**Phone Number:** 617-523-5588
**Fax Number:** 617-523-1437

---



UNITED STATES PATENT AND TRADEMARK OFFICE

| Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us |

## Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Jan 22 04:26:59 EST 2005*



| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [          ]   OR   Jump   to record: [          ]   **Record 4 out of 8**

---

Check Status   *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | THE **WORLD'S MOST PERFECTLY CUT DIAMOND** |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Wholesale distributorship services in the field of diamonds; wholesale stores featuring diamonds. FIRST USE: 19970101. FIRST USE IN COMMERCE: 19970101 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78078237 |
| **Filing Date** | August 8, 2001 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 14, 2003 |
| **Owner** | (APPLICANT) Hearts on Fire Company CORPORATION DELAWARE 333 Washington Street, Suite 851 Boston MASSACHUSETTS 021085111 |
| **Attorney of Record** | Timothy H. Hiebert |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CUT DIAMOND" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL-2(F) |
| **Live/Dead Indicator** | LIVE |

PTO HOME   TRADEMARK   TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   TOP   HELP   PREV LIST
CURR LIST   NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2005-01-24 12:00:37 ET

**Serial Number:** 78078237

**Registration Number:** (NOT AVAILABLE)

**Mark (words only):** THE WORLD'S MOST PERFECTLY CUT DIAMOND

**Standard Character claim:** No

**Current Status:** An opposition is now pending at the Trademark Trial and Appeal Board.

**Date of Status:** 2003-05-20

**Filing Date:** 2001-08-08

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 102

**Attorney Assigned:**
WEBSTER WILLIAM M Employee Location

**Current Location:** 845 -TTAB

**Date In Location:** 2004-11-17

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Hearts on Fire Company

**Address:**
Hearts on Fire Company
333 Washington Street, Suite 851
Boston, MA 021085111
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware
**Phone Number:** N.A.

---

## GOODS AND/OR SERVICES

**International Class:** 035

---

Wholesale distributorship services in the field of diamonds; wholesale stores featuring diamonds
**First Use Date:** 1997-01-01
**First Use in Commerce Date:** 1997-01-01

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

---

**Disclaimer:** "CUT DIAMOND"

**Section 2(f)**

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2004-07-16 - PAPER RECEIVED

2004-02-02 - TEAS Change of Correspondence Received

2003-05-20 - Opposition instituted for Proceeding

2003-02-24 - Extension Of Time To Oppose Received

2003-01-14 - Published for opposition

2002-12-25 - Notice of publication

2002-10-21 - Approved for Pub - Principal Register (Initial exam)

2002-10-16 - Amendment to Use approved

2002-10-07 - Case file assigned to examining attorney

2002-10-04 - Amendment to use processing complete

2002-09-19 - Amendment to Use filed

2002-09-19 - Communication received from applicant

2002-09-19 - PAPER RECEIVED

2002-08-13 - Non-final action mailed

2002-05-17 - Communication received from applicant

2002-03-25 - Communication received from applicant

2002-03-25 - PAPER RECEIVED

2001-11-20 - Non-final action mailed

2001-11-01 - Case file assigned to examining attorney

2001-08-21 - Communication received from applicant

---

## CORRESPONDENCE INFORMATION

---

**Correspondent**
Timothy H. Hiebert (Attorney of record)

GAILYE C. SONIA
HEARTS ON FIRE COMPANY
99 SUMMER STREET, 4TH FLOOR
BOSTON, MA 02110

**Phone Number:** 617-523-5588
**Fax Number:** 617-523-1437

---