Case 1:04-cv-12258-JLT    Document 24-4    Filed 04/13/2005    Page 1 of 8



Designers in gold and platinum

Repairs and Appraisals

Fine diamonds and colored gems

79 South Elliott Road
Chapel Hill, NC 27514
919-929-2580
grimball@bellsouth.net

## Links



### EightStar Diamonds

The most perfectly cut diamonds in the world. Only 2000 are cut each year.

Back to top

Home | About Us | One of a Kind | Moissanite | EightStar Diamonds | Art Nouveau | Newsletter | Gem Info | Lucere | Links | Search

Copyright©2000 Grimball Jewelers

http://www.grimballjewelers.com/links.html    10/14/2004

Exhibit D



OCT 2 2 2004

Oct.16,04

Dear Mr. Robins,

I have directed my web site designer to remove the offending ( though true) language from the web site. I anticipate it will be removed within 10 days.

Sincerely,

Berkeley Grimball

79 S. Elliott Road  Chapel Hill, North Carolina  27514
919.929.2580    800.928.2580
www.grimballjewelers.com    email: grimball@bellsouth.net

# Exhibit E



# NIXON PEABODY LLP
### ATTORNEYS AT LAW

100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
Fax: (617) 345-1300
Direct Dial: (617) 345-6176
Direct Fax: 866-382-5886
E-Mail: mrobins@nixonpeabody.com

October 22, 2004

**By Overnight Courier**

Berkeley Grimball
GRS Jewelers Inc. d/b/a Grimball & Stokes Jewelers a/k/a Grimball Jewelers
79 S Elliott Road
Chapel Hill, NC 27514

RE:   Violation of Trademark Rights

Dear Mr. Grimball:

    I am writing in response to your letter to me of October 16 and following up our telephone call earlier today. As we discussed, one of the pages containing the designation that HOF complained about remains available on your web site. A copy is enclosed. You indicated that this page would be removed within the time frame indicated in your October 16 letter, namely October 26, 2004. HOF will continue to monitor the situation to ensure that all infringing items are removed.

Very truly yours,

Mark D. Robins

Enclosure
cc:   Gailyc C. Sonia, Esq. – Hearts On Fire Company, LLC
      Robert P. Sherman, Esq. – Nixon Peabody LLP

BOS1429371.1

INCLUDING ATTORNEYS FORMERLY OF HUTCHINS WHEELER & DITTMAR

ALBANY, NY • BOSTON, MA • BUFFALO, NY • GARDEN CITY, NY • HARTFORD, CT • MANCHESTER, NH • McLEAN, VA
NEW YORK, NY • ORANGE COUNTY, CA • PROVIDENCE, RI • ROCHESTER, NY • SAN FRANCISCO, CA • WASHINGTON, DC

Case 1:04-cv-02258-JLT   Document 24-4   Filed 04/13/2005   Page 6 of 8



**Grimball JEWELERS**

79 South Elliott Road
Chapel Hill, NC 27514
919-929-2580
grimball@bellsouth.net

Designers in gold and platinum

Repairs and Appraisals

Fine diamonds and colored gems

## Links



### EightStar Diamonds

The most perfectly cut diamonds in the world. Only 2000 are cut each year.

Back to top

Home | About Us | One of a Kind | Moissanite | EightStar Diamonds | Art Nouveau | Newsletter | Gem Info | Lucere | Links | Search

Copyright©2000 Grimball Jewelers

http://www.grimballjewelers.com/links.html                                            10/22/2004

Exhibit F



**Designers in gold and platinum**

**Repairs and Appraisals**

**Fine diamonds and colored gems**

79 South Elliott Road
Chapel Hill, NC 27514
919-929-2580
grimball@bellsouth.net

## Links



### EightStar Diamonds

The most perfectly cut diamonds in the world. Only 2000 are cut each year.

Back to top

Home | About Us | One of a Kind | Moissanite | EightStar Diamonds | Art Nouveau | Newsletter | Gem Info | Lucere | Links | Search

Copyright©2000 Grimball Jewelers