SCANNED
DATE: 7-5-05
BY: /s/

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARTS ON FIRE COMPANY, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 04-12258-JLT |
| ) | |
| EIGHTSTAR DIAMOND COMPANY and ) | |
| GRS JEWELERS, INC., ) | |
| ) | |
| Defendants. ) | |

NOTICE OF APPEARANCE BY GRS JEWELERS, INC.

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of the undersigned as attorney for GRS Jewelers, Inc. in the above-entitled case, as a party-in-interest.

Dated: June 20, 2003

GRS JEWELERS, INC.,

By its attorney,

_____
Nicholas P. Alexander (BBO #544173)
**MORRISON MAHONEY LLP**
250 Summer Street
Boston, MA 02210
(617) 439-7500

1148354v1



DOCKETED