UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARTS ON FIRE COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> EIGHTSTAR DIAMOND COMPANY and GRS JEWELERS, INC., <br><br> Defendants. | CIVIL ACTION NO. 04-12258-JLT |

**ASSENTED MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**

The defendant, GRS Jewelers, Inc. ("GRS"), hereby moves this Honorable Court for an extension of time to July 18, 2005, to file an answer or other pleading responsive to the plaintiff's Complaint.

As grounds therefor, GRS states that it is in settlement negotiations with the plaintiff as to those claims asserted against GRS and GRS believes in good faith that those claims against GRS can be settled within the extension period.

Plaintiff's counsel has assented to GRS's motion.

WHEREFORE, the defendant, GRS Jewelers, Inc., requests an extension of time to July 18, 2005 to file an answer or other responsive pleading in this matter.

1148364v1

Dated: June 30, 2003

Respectfully submitted,

**GRS JEWELERS, INC.,**
By its attorney,

Nicholas P. Alexander, Esq. (BBO #544173)
**MORRISON MAHONEY LLP**
250 Summer Street
Boston, MA 02210
(617) 439-7500

**Assented to:**

The Plaintiff,

HEARTS ON FIRE COMPANY, LLC,
By its Attorneys,

Robert P. Sherman, Esq. (BBO #548540)
Mark D. Robins, Esq. (BBO #559933)
Stephen M. LaRose, Esq. (BBO #654507)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

1148364v1