UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARTS ON FIRE COMPANY, LLC, | |
| Plaintiff, | CIVIL ACTION NO. 04-12258-JLT |
| v. | MAGISTRATE JUDGE ROBERT B. COLLINGS |
| EIGHTSTAR DIAMOND COMPANY, | |
| Defendant. | |

## AFFIDAVIT OF JAMES L. PHILLIPS

James L. Phillips, under oath, deposes and says as follows:

1. I am an attorney licensed to practice law in the State of Washington. I am a partner in the law firm of Miller Nash LLP in Seattle, Washington. I submit this affidavit in support of a Motion for Admission *Pro Hac Vice* in the above captioned action on behalf of Defendant Eightstar Diamond Company.

2. I am familiar with the facts and circumstances underlying the captioned action and I believe my admission *Pro Hac Vice* will facilitate the just and speedy resolution of this action.

3. I am a member of the Washington State Bar.

4. I am also a member of the Bars of the United States District Court for the Western and Eastern Districts of Washington, the United States Circuit Court of Appeals for the Ninth Circuit, and the U.S. Supreme Court.

SEADOCS:208720.1

5. I am a member in good standing in all jurisdictions where I have been admitted to practice.

6. There are no disciplinary proceedings pending against me in any jurisdiction.

7. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 14th day of September 2005.

    /s/ James L. Phillips  
James L. Phillips