UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARTS ON FIRE COMPANY, LLC,<br><br>                            Plaintiff,<br><br>                  v.<br><br>EIGHTSTAR DIAMOND COMPANY and GRS JEWELERS, INC.,<br><br>                          Defendants. | CIVIL ACTION NO. 04 12258-JLT |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Plaintiff Hearts On Fire Company, LLC ("HOF"), hereby discloses the following:

1.     HOF has no parent corporation.

2.     No publicly traded company owns 10% or more of the stock of HOF.

                                                HEARTS ON FIRE COMPANY, LLC

                                                By its attorneys,

                                                /s/ Stephen M. LaRose
                                                _____
                                                Robert P. Sherman, Esq. (BBO #548540)
                                                Mark D. Robins, Esq. (BBO #559933)
                                                Stephen M. LaRose, Esq. (BBO #654507)
                                                NIXON PEABODY LLP
                                                100 Summer Street
                                                Boston, MA 02110
                                                (617) 345-1000

Dated: September 27, 2005

BOS1442695.1