UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARTS ON FIRE COMPANY, LLC,<br><br>                          Plaintiff,<br><br>                   v.<br><br>EIGHTSTAR DIAMOND COMPANY and GRS JEWELERS, INC.,<br><br>                         Defendants. | CIVIL ACTION NO. 04 12258-JLT |

**NOTICE OF CHANGE OF ADDRESS**

    Please be advised that the following counsel has changed his business address and will continue to represent Hearts On Fire Company, LLC in the above-referenced matter.

    Robert P. Sherman, Esq.
    DLA Piper Rudnick Gray Cary LLP
    One International Place
    Boston, MA 02110
    (617) 406-6035

By:   /s/ Robert P. Sherman
       Robert P. Sherman (BBO #458540)
       Nixon Peabody LLP
       100 Summer Street
       Boston, MA 02110
       (617) 345-1000

Dated: November 22, 2005

**CERTIFICATE OF SERVICE**

    I certify that on November 22, 2005, I caused a true and correct copy of this Withdrawal of Appearance to be served on all counsel of record.

                                                        /s/ Robert P. Sherman