UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARTS ON FIRE COMPANY, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>EIGHTSTAR DIAMOND COMPANY,<br><br>                Defendant. | CIVIL ACTION NO. 04-12258-JLT |

### NOTICE OF WITHDRAWAL

Please withdraw the appearance of Stephen M. LaRose on behalf of Hearts on Fire Company, LLC. Robert P. Sherman shall continue to appear on behalf of Hearts on Fire Company, LLC.

                                          HEARTS ON FIRE COMPANY, LLC

                                          By its attorneys,

                                          /s/ Stephen M. LaRose
                                          Stephen M. LaRose, Esq. (BBO #654507)
                                          NIXON PEABODY LLP
                                          100 Summer Street
                                          Boston, MA 02110
                                          (617) 345-1000

Dated: November 22, 2005

BOS1546118.1