UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARTS ON FIRE COMPANY, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>EIGHTSTAR DIAMOND COMPANY,<br><br>      Defendant. | CIVIL ACTION NO. 04-12258-JLT |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Mark D. Robins on behalf of Hearts on Fire Company, LLC.  Robert P. Sherman shall continue to appear on behalf of Hearts on Fire Company, LLC.

          HEARTS ON FIRE COMPANY, LLC

          By its attorneys,


          __/s/ Mark D. Robins_____
          Mark D. Robins (BBO# 559933)
          NIXON PEABODY LLP
          100 Summer Street
          Boston, MA  02110
          (617) 345-1000


Dated:  December 1, 2005

BOS1547744.1