UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HEARTS ON FIRE COMPANY, LLC,

            Plaintiff,

v.

EIGHTSTAR DIAMOND COMPANY,

            Defendant.

CIVIL ACTION NO. 04 12258-JLT

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Valerie du Laney on behalf of Eightstar Diamond Company. Adele Conover and James L. Phillips shall continue to appear on behalf of Eightstar Diamond Company.

            Miller Nash LLP

            /s/ Adele Conover
            Adele Conover WSB No. 34405
            Miller Nash LLP
            601 Union Street, Suite 4400
            Seattle, WA 98101-1367
            Telephone: (206) 622-8484
            Fax: (206) 622-7485
            Email: adele.conover@millernash.com

            Attorneys for Defendant EIGHTSTAR DIAMOND COMPANY

Dated: December 6, 2005.

SEADOCS:213099.1