UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARTS ON FIRE COMPANY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>EIGHTSTAR DIAMOND COMPANY and<br>GRS JEWELERS, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 04 12258-JLT |

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance in this matter as counsel for plaintiff Hearts On Fire Company, LLC.

                                        Respectfully submitted,

                                        */s/ Jessie W. Manchester*
                                        Jessie W. Manchester (BBO #660966)
                                        DLA PIPER RUDNICK GRAY CARY US LLP
                                        33 Arch Street. 26th Floor
                                        Boston, MA 02110-1447
                                        (617) 406-6000
                                        Fax: (617) 406-6100
                                        Email: jessie.manchester@dlapiper.com

Dated: March 1, 2006

~BOST1:409579.v1
358833-1