UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARTS ON FIRE COMPANY, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>EIGHTSTAR DIAMOND COMPANY and<br>GRS JEWELERS, INC.,<br><br>        Defendants. | CIVIL ACTION NO. 04 12258-JLT |

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to Local Rule 83.5.2, please enter the following change of address on the docket of this action. Effective February 20, 2006, the address of counsel for plaintiff Hearts On Fire Company, LLC is:

>Robert P. Sherman, Esq. (BBO #548540)
>Jessie W. Manchester (BBO #660966)
>33 Arch Street, 26th Floor
>Boston, MA 02110-1447
>Tel. (617) 406-6000
>Fax (617) 406-6001

>HEARTS ON FIRE COMPANY, LLC
>
>By its attorneys,
>
>*/s/ Jessie W. Manchester*
>Robert P. Sherman (BBO #548540)
>Jessie W. Manchester (BBO #660966)
>DLA PIPER RUDNICK GRAY CARY US LLP
>33 Arch Street, 26th Floor
>Boston, MA 02110-1447
>Tel. (617) 406-6000
>Fax (617) 406-6001

Dated: March 1, 2006

~BOST1:409574.v1
358833-1