UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARTS ON FIRE COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> EIGHTSTAR DIAMOND COMPANY and GRS JEWELERS, INC., <br><br> Defendants. | CIVIL ACTION NO. 04 12258-JLT |

### JOINT STATEMENT AND DISCOVERY PLAN

Pursuant to the Court's Order of January 25, 2006, Fed. R. Civ. P. 26(f) and Local Rule 16.1, the parties submit the following Joint Statement containing their proposed pretrial schedule, as follows:

I.  **Rule 26(f) Conference of the Parties**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(B), counsel for the parties have conferred to discuss: (1) the nature and basis for their claims and defenses; (2) the possibility for a prompt settlement or resolution of the case; (3) to develop a proposed pretrial plan for the case that includes a discovery plan; (4) to prepare an agenda of items to be discussed at the scheduling conference; and (5) to consider whether they will consent to trial by magistrate judge.

The parties are not willing to consent to trial by magistrate at this time.

II.  **Joint Discovery Plan**

The parties have agreed to the following discovery schedule:

| | |
|---|---|
| Automatic Disclosures | Completed |
| Deadline to Complete Fact Discovery | October 31, 2006 |
| Plaintiffs Designation of Expert and Service of Expert Reports (if any) | November 30, 2006 |
| Defendants' Designation of Expert and Service of Expert Report (if any) | December 31, 2006 |
| Deadline to Complete Expert Depositions (if any) | January 31, 2007 |

III.  **Proposed Schedule for Filing Motions**

| | |
|---|---|
| Deadline for Motions for Summary Judgment (if any) | March 31, 2007 |
| Deadline for Opposition to Motion for Summary Judgment | April 20, 2007 |

The parties do not believe that a phased discovery schedule is necessary or appropriate.

IV.  **Certificates of Counsel**

Counsel for both Plaintiff and Defendant certify that they have conferred with their clients with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4. Certifications by Plaintiff and Defendant, or their authorized representatives, will be submitted separately.

| HEARTS ON FIRE COMPANY, LLC | EIGHTSTAR DIAMOND COMPANY |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Robert P. Sherman | /s/ Sean T. Carnathan |
| Robert P. Sherman (BBO #548540) | Sean T. Carnathan (BBO #636889) |
| Jessie W. Manchester (BBO #660966) | O'Connor Carnathan & Mack LLC |
| DLA PIPER RUDNICK GRAY CARY US LLP | 8 New England Executive Park, Suite 310 |
| 33 Arch Street, 26th Floor | Burlington, MA 01803 |
| Boston, MA 02110 | |
| Tel. (617) 406-6000 | /s/ James L. Phillips |
| Fax (617) 406-6001 | James L. Phillips (Admitted Pro Hac Vice) |
| | Adele Conover (Admitted Pro Hac Vice) |
| | MILLER & NASH LLP |
| | 4400 2 Union Square |
| | 610 Union Street |
| | Seattle, WA 98101 |
| | Tel. (206) 622-8484 |

Dated: March 9, 2006