UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HEARTS ON FIRE COMPANY, LLC,

        Plaintiff,

v.

EIGHTSTAR DIAMOND COMPANY and
GRS JEWELERS, INC.,

        Defendants.

CIVIL ACTION NO. 04 12258-JLT

## LOCAL RULE 16.1 CERTIFICATION

Plaintiff Hearts on File Company, LLC, and its counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

Counsel for Hearts on Fire Company, LLC

_____
Robert P. Sherman (BBO #548540)
Jessie W. Manchester (BBO #660966)
DLA PIPER RUDNICK GRAY CARY US LLP
33 Arch Street, 26th Floor
Boston, MA 02110
Tel. (617) 406-6000
Fax (617) 406-6001

Dated: March 7, 2006

Hearts on Fire Company, LLC

By: _____
Name: MANIK ISRAR
Title: CHIEF OPERATING OFFICER

~BOST1:410305.v1
358833-1