UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HEARTS ON FIRE COMPANY, LLC,

        Plaintiff,

v.

EIGHTSTAR DIAMOND COMPANY,

        Defendant.

CIVIL ACTION NO. 04 12258-JLT

## LOCAL RULE 16.1 CERTIFICATION

Defendant, EightStar Diamond Company, and its counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full -- course and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

Counsel for EightStar Diamond Company

_____
James L. Phillips
Adele Conover
Miller Nash LLP
4400 Two Union Square, 601 Union Street
Seattle, WA 98101-2352
Tel. (206) 622-8484

EightStar Diamond Company

By: _____
Name: DANA VON STERNBERG
Title: VICE PRESIDENT

Dated: March 8, 2006