UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARTS ON FIRE COMPANY, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>EIGHTSTAR DIAMOND COMPANY,<br><br>                Defendant. | CIVIL ACTION NO. 04 12258-JLT<br><br>Hearing Requested |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, defendant EightStar Diamond Company ("EightStar") moves for summary judgment. In support of this motion, EightStar relies on the accompanying memorandum of law, affidavits and pleadings, all which show that there is no genuine issue as to any material fact and EightStar is entitled to judgment as a matter of law.

                                         EIGHTSTAR DIAMOND COMPANY
                                         By its attorneys,

                                         MILLER NASH LLP

                                           /s/ James Phillips
                                         James Phillips
                                         Adele Conover
                                         601 Union Street
                                         Seattle, WA 98101-2352
                                         (206) 622-8484

                                         Attorneys for Defendant
                                         EightStar Diamond Company

                                         Admitted *Pro Hac Vice*

Dated: March 10, 2006

-2-

## Certification of Compliance with Local Rule 7.1(A)(2)

      I, James L. Phillips, Esq., hereby certify that I have conferred with counsel in an attempt to resolve or narrow the matters contained in this motion. After conferring, the parties are unable to resolve or narrow these particular matters.

      /s/ James L. Phillips
      James L. Phillips

## Certificate of Service

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 10, 2006.

      /s/ James L. Phillips
      James L. Phillips