**Exhibit 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARTS ON FIRE COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> EIGHTSTAR DIAMOND COMPANY and GRS JEWELERS, INC., <br><br><br> Defendants. | CIVIL ACTION NO. 04 12258-JLT |

## AMENDED COMPLAINT

Plaintiff Hearts On Fire Company, LLC ("HOF"), by its undersigned attorneys, sets forth

its Amended Complaint against Defendants EightStar Diamond Company ("EightStar") and

GRS Jewelers, Inc. d/b/a Grimball & Stokes Jewelers a/k/a Grimball Jewelers ("Grimball") as

follows:

## INTRODUCTION

1.    This Amended Complaint is brought to redress the willful and systematic

violation of HOF's trademark rights by its direct competitor, EightStar, and by one of Eighstar's

retailers, Grimball. With full knowledge of HOF's rights in the trademark slogans The World's

Most Perfectly Cut Diamond™ and The Most Perfectly Cut Diamond in the World™, EightStar

and Grimball have repeatedly used and/or encouraged retailers to use on EightStar's behalf

identical or highly confusingly similar designations. EightStar's and Grimball's actions are

intended and calculated to exploit the good will that HOF has built into these trademarks through

years of extensive use and promotion.

## PARTIES

2.      HOF is a Massachusetts Limited Liability Company with a principal place of business at 99 Summer Street, Boston, Massachusetts 02210.  HOF distributes gemstones (namely, cut diamonds) and jewelry to authorized retailers and provides services relating to the sale of jewelry to retailers and the public.

3.      Upon information and belief, EightStar is a California corporation with a principal place of business at 525 East Cotati Ave, Suite 115, Cotati, California 94931.  EightStar is in the business of distributing cut diamonds and jewelry to authorized retailers.

4.      Upon information and belief, Grimball is a North Carolina corporation with a principal place of business at 79 S. Elliott Road, Chapel Hill, North Carolina  27514.  Upon information and belief, Grimball is an authorized retailer of EightStar and/or is engaged in promotion on behalf of EightStar.

## JURISDICTION AND VENUE

5.      Subject matter jurisdiction is conferred upon this Court by 28 U.S.C. §§ 1331 and 1338(a), which confer original jurisdiction upon this Court for civil actions arising under the laws of the United States and any act of Congress relating to trademarks, respectively.  In addition, supplemental jurisdiction over related state law claims is conferred upon this Court by 28 U.S.C. § 1367(a).

6.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(1) because EightStar and Grimball "reside" in this judicial district within the meaning of 28 U.S.C. § 1391(c) insofar as EightStar and Grimball are subject to personal jurisdiction in this district.  Alternatively, venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims occurred, or a substantial

2

part of the property that is the subject of this action is situated, within this district.

7.      This court has personal jurisdiction over EightStar and Grimball pursuant to Mass. Gen. Laws ch. 223A, §§ 3(a), (b), (c), and (d) because this action arises: (a) from EightStar's and Grimball's transaction of business in Massachusetts; (b) from EightStar's conduct with respect to contracting to supply things in Massachusetts, among other places; (c) from EightStar and Grimball causing tortious injury in Massachusetts by acts or omissions within Massachusetts; and/or (d) from EightStar and Grimball causing tortious injury in Massachusetts by acts or omissions outside of Massachusetts while regularly doing or soliciting business, or engaging in a persistent course of conduct, or deriving substantial revenue from goods used or consumed in Massachusetts.

8.      The particular conduct triggering such jurisdiction includes, among other things:

        (a) EightStar's operation of a highly interactive web site through which it solicits and conducts business.

        (b) The operation on EightStar's behalf, by Grimball and other EightStar retailers, of interactive web sites that are linked to, and designed with the purpose of encouraging consumers interested in diamonds to link to, EightStar's web site to promote the sale of EightStar diamonds.

        (d) EightStar's and Grimball's intentional use of HOF's trademarks on the Internet, among other media, to promote the sale of competing goods through each of their web sites.

9.      By intentionally using HOF's trademark, after repeated notice of the infringement of HOF's trademark, EightStar's and Grimball's conduct is intended to cause harm to HOF, a company which is located in the Commonwealth of Massachusetts.

3

10.    Through such intentional conduct, EightStar and Grimball have purposefully availed themselves of the privileges of conducting business in the Commonwealth of Massachusetts, and, when engaging in such conduct, it was reasonably foreseeable that EightStar and Grimball would be subjected to this Court's jurisdiction.

## FACTUAL BACKGROUND

11.    HOF was originally founded in 1978 as Di-Star, Ltd.  HOF adopted its present name in 1996, when it commenced using the Hearts On Fire® mark in connection with the sale and advertising of diamonds and jewelry.

12.    HOF is a leader in the distribution of branded diamonds—i.e., diamonds that are identified by source-designating trademarks, which are extensively promoted.

13.    HOF's diamonds are all cut to display a "hearts and arrows" pattern—that is, a pattern of eight symmetrical hearts, when viewed from the bottom under magnification, and a pattern of eight symmetrical arrows pointing to the outer edge of the diamond, when viewed from the top under magnification.  HOF's diamonds are known for their consistent high quality cut, as well as for their color and clarity.

14.    HOF sells to authorized retailers at numerous retail locations throughout the United States.

15.    HOF also promotes its diamonds and jewelry through a web site located at www.heartsonfire.com.

16.    In addition to the Hearts On Fire® house mark, HOF has a number of additional trademarks and service marks used to brand its goods and services.

17.    Since as early as January 1, 1997, HOF has used the marks The World's Most Perfectly Cut Diamond™ and The Most Perfectly Cut Diamond in the World™ in connection

4

with the distribution and sale of jewelry and diamonds. HOF has made substantially continuous and exclusive use of these two marks since January 1, 1997. These two marks are distinctive of HOF as the source of its goods and services.

18.    HOF has filed applications with the United States Patent and Trademark Office ("USPTO") to register the marks The World's Most Perfectly Cut Diamond™ and The Most Perfectly Cut Diamond in the World™ in connection with the following goods and services:

| Application No. | Mark | Goods/Services |
|---|---|---|
| 78/078,325 | The World's Most Perfectly Cut Diamond™ | Gemstones, namely cut diamonds |
| 78/078,237 | The World's Most Perfectly Cut Diamond™ | Wholesale distributorship services in the field of diamonds; wholesale stores featuring diamonds |
| 78/078,312 | The World's Most Perfectly Cut Diamond™ | Retail store services in the field of diamonds; online retail store services in the field of diamonds |
| 78/078,314 | The Most Perfectly Cut Diamond in the World™ | Gemstones, namely cut diamonds |
| 78/078,313 | The Most Perfectly Cut Diamond in the World™ | Retail store services in the field of diamonds; online retail store services in the field of diamonds; wholesale stores featuring diamonds |

19.    Through extensive and continuous sales, promotion, and use, all of the trademarks and service marks described in paragraph 18 have come to be associated with HOF and identify HOF as the source of the goods and services offered in connection with these marks.

20.    In recognition of the distinctiveness of HOF's trademarks and service marks, the USPTO's examining attorneys approved each of the applications identified in paragraph 18 for publication on the *Official Gazette* in order for such marks to be registered.

EightStar's Misconduct

21.    On information and belief, EightStar is a wholesaler of cut diamonds and jewelry containing cut diamonds and, in particular, is a wholesaler of diamonds cut to display the "hearts and arrows" pattern.

22.    On information and belief, EightStar sells its diamonds and jewelry to retailers that sell to consumers and also sells its diamonds and jewelry directly to consumers.  EightStar also promotes its diamonds and jewelry through its web site located at www.eightstar.com.

23.    EightStar's web site is a highly interactive site that offers to consumers instructions on purchasing EightStar's diamond and jewelry by clicking on an icon entitled "How to Buy an EightStar."

24.    To attract consumers to its web site, EightStar relies on links provided to that web site from the web sites of EightStar's retailers.

25.    EightStar has publicly expressed its chagrin over the fact that HOF entered the market with HOF's distinctive trademarks and service marks before EightStar could do so.

26.    EightStar has responded to HOF's successful prior introduction of branded diamonds through a range of misconduct.

27.    In apparent recognition of the value of HOF's trademarks and in an attempt to appropriate the good will associated with HOF's trademarks, in or about February of 2003, it was reported that EightStar claimed to have trademarked the confusingly similar phrase "The World's Most Perfectly Performing Diamond."

28.    Since that time, on information and belief, retailers for EightStar, including Grimball,  E.R. Sawyer Jewelers Corp. ("E.R. Sawyer"), and The Jewelry Source, have engaged in concerted action—instigated and directed by EightStar—to misappropriate the good will HOF

6

has built up in its trademarks. Each of these entities has used identical or nearly identical designations to HOF's trademarks and service marks—all to promote EightStar's merchandise and EightStar's web site. This activity follows EightStar's publicly expressed chagrin with HOF's success in establishing its trademarks and service marks in the marketplace.

29.     Specifically, HOF has uncovered multiple examples of EightStar retailers using such designations as "The most perfectly cut diamonds in the world" and "the word's most perfectly cut diamond" specifically to promote EightStar merchandise and as links on the Internet to encourage Internet users to visit EightStar's web site. These retailers include Grimball, E.R. Sawyer, and The Jewelry Source.

30.     On May 14, 2004, HOF commenced an action against E.R. Sawyer based on its use of the designation "the word's most perfectly cut diamond" to promote EightStar's merchandise.

31.     On June 23, 2004, E.R. Sawyer entered into a Consent Judgment and Permanent Injunction prohibiting E.R. Sawyer from continuing to use "the word's most perfectly cut diamond" or any other confusingly similar designation to HOF's trademarks or service marks. This Consent Judgment and Permanent Injunction was entered as an Order of the United States District Court for the Northern District of California on July 7, 2004.

32.     On July 22, 2004, HOF sent a letter to The Jewelry Source demanding that The Jewelry Source cease and desist from using the phrase "the world's most perfectly cut diamond," which The Jewelry Source was publishing on its web site to refer to EightStar diamonds.

33.     On July 27, 2004, The Jewelry Source responded to HOF with written confirmation that it had ceased using the phrase "the world's most perfectly cut diamond."

34.     In each of the foregoing instances, designations confusingly similar to HOF's

trademarks and service marks were being used to advertise and promote EightStar's products and to attract Internet users to EightStar's web site.

Grimball's Misconduct

35.    On information and belief, Grimball is a retailer of jewelry containing diamonds. Among those products sold by Grimball are EightStar diamonds.

36.    Grimball promotes its goods and services through a website located at www.grimballjewelers.com.

37.    To promote the EightStar diamonds and to encourage Internet users to visit EightStar's web site, Grimball has been publishing on its web site the designation "the most perfectly cut diamonds in the world" in connection with information about EightStar's diamonds and in connection with links to EightStar's web site.

38.    Grimball's web site has contained a link entitled "EightStar Diamonds" with the following phrase displayed below that link: "The most perfectly cut diamonds in the world. Only 2000 are cut each year." That page was located at www.grimballjewelers.com, a true and accurate copy of which is attached as Exhibit A. Internet users who clicked on that link were immediately directed to EightStar's website.

39.    Grimball's web site also contained a link entitled "Links." Upon choosing that link, customers were directed to a page on Grimball's web site with the EightStar company logo, a link to EightStar Diamonds' web site, and the following phrase: "The most perfectly cut diamonds in the world. Only 200 are cut each year." That page was located at www.grimball jewelers.com/links.html, a true and accurate copy of which is attached as Exhibit B. Customers choosing the link to EightStar Diamonds were immediately directed to EightStar's website.

40.    On October 14, 2004, counsel for HOF sent a letter to Grimball demanding that it

cease and desist from its use of the designation "the most perfectly cut diamonds in the world" and that Grimball confirm in writing by October 21, 2004 that Grimball would comply with HOF's demands. A true and accurate copy of that letter is attached as Exhibit C.

41.    On October 16, 2004, Grimball responded to HOF's counsel with written confirmation that Grimball was discontinuing use of the phrase "the most perfectly cut diamonds in the world." A true and accurate copy of that letter is attached as Exhibit D.

42.    Subsequent to sending its October 16, 2004 letter, Grimball removed the reference to "the most perfectly cut diamonds in the world" contained on its web site on the page located at www.grimballjewelers.com but did not remove the infringing material contained on its web site on the page located at www.grimballjewelers.com/links.html.

43.    On October 22, 2004, counsel for HOF contacted Grimball by telephone to inform Grimball that its website continued to contain infringing information. A person representing himself as Berkeley Grimball informed HOF's counsel that the infringing material on the page located at www.grimballjewelers.com/links.html would be removed by October 26, 2004. Counsel for HOF sent a letter to Berkeley Grimball that same day, October 22, 2004, confirming that telephone conversation and enclosing a copy of the web page continuing to display the infringing materials. A true and accurate copy of that letter is attached as Exhibit E.

44.    Despite Grimball's representation that it would cease and desist from its infringing conduct, as of the date of this Amended Complaint, Grimball is continuing to publish "the most perfectly cut diamonds in the world" on its web site to promote EightStar merchandise and to encourage Internet users to visit EightStar's web site. The infringing material continues to be displayed on the web page located at www.grimballjewelers.com/links.html, a true and accurate copy of which is attached as Exhibit F.

<u>Likelihood of Confusion</u>

45.     EightStar, Grimball and EightStar's other retailers (on EightStar's behalf and at its instigation) are engaged in exact or nearly exact copying of HOF's well-known marks to promote competing goods through an identical means of promotion used by HOF and many of its retailers—namely, the Internet.

46.     The exact or nearly exact copying of HOF's well-known marks—against the backdrop of EightStar's admitted chagrin with the fact that HOF beat EightStar to the market with highly distinctive branding for HOF's diamonds—shows EightStar's and Grimball's intent to misappropriate HOF's good will by deceiving the consuming public.

47.     Eightstar's and Grimball's use of identical or nearly identical designations to HOF's marks in order to promote Eightstar's competitive goods are highly likely to cause confusion, mistake, and deception among the general public as to the origin of their goods and/or as to sponsorship by, affiliation with, and/or connection to HOF.

## <u>COUNT I</u>
### Unfair Competition
### (15 U.S.C. § 1125(a))

48.     HOF specifically incorporates and references the allegations asserted in each of the preceding paragraphs, as if fully set forth herein.

49.     HOF engages in interstate activities designed to promote the goods and services sold, as well as the goodwill associated with its trademarks, throughout the United States.

50.     The trademarks and service marks The World's Most Perfectly Cut Diamond™ and The Most Perfectly Cut Diamond in the World™ are inherently distinctive and/or have acquired secondary meaning.

51.     The trademarks and service marks The World's Most Perfectly Cut Diamond™ and The Most Perfectly Cut Diamond in the World™ relating to HOF's diamond and jewelry

business, have been, and will continue to be, known throughout the United States as identifying and distinguishing HOF's business.

52.     Without authorization or the consent of HOF, EightStar, Grimball and EightStar's other retailers (on EightStar's behalf and at EightStar's instigation) have used, and continue to use, marks confusingly similar to the marks The World's Most Perfectly Cut Diamond™ and The Most Perfectly Cut Diamond in the World™.  EightStar, Grimball and EightStar's other retailers sell, offer for sale, distribute, and/or advertise goods to retailers that directly compete with HOF's sales of its own genuine diamonds and jewelry, in or affecting interstate commerce and provide information about diamonds in or affecting interstate commerce.

53.     EightStar, Grimball, and EightStar's other retailers use of the marks The World's Most Perfectly Cut Diamond™ and The Most Perfectly Cut Diamond in the World™ for their goods and services are likely to cause, and are causing, confusion, mistake, and deception among the general public as to the origin of the goods and services, or as to whether EightStar and Grimball are sponsored by, affiliated with, or otherwise connected with HOF in violation of 28 U.S.C. § 1125(a).

54.     By using marks confusingly similar to the marks The World's Most Perfectly Cut Diamond™ and The Most Perfectly Cut Diamond in the World™, and by selling, offering for sale, distributing, and/or advertising goods and services to the general public in connection with such marks, for profit and without HOF's authorization, EightStar, Grimball and EightStar's other retailers are depriving HOF of its exclusive right to control, and benefit from, its trademarks.  If permitted to continue, EightStar's and Grimball's actions will nullify HOF's right to the exclusive use of its marks, free from infringement, and will have a substantial and adverse effect on HOF's existing and projected future interstate business of marketing products and

services identified by its trademarks.

55.    By paying or otherwise encouraging or permitting its retailers to use designations nearly identical to, or confusingly similar to, HOF's trademarks and service marks in connection with the promotion of EightStar's goods and in connection with links to EightStar's web site, EightStar is wrongfully using HOF's trademarks and service marks, intentionally inducing its retailers to violate HOF's rights in its marks, and/or contributing to such infringement by providing substantial assistance to the infringement of HOF's rights, with knowledge and/or reason to know of the violation of HOF's rights in its marks.

56.    HOF has been, and continues to be, damaged by EightStar's and Grimball's activities and conduct.  EightStar and Grimball have profited thereby and, unless their conduct is enjoined, HOF's reputation and goodwill will continue to suffer irreparable injury that cannot adequately be calculated or compensated by money damages.  Accordingly, HOF is entitled to injunctive relief pursuant to 15 U.S.C. § 1116(a).

57.    By using marks confusingly similar to The World's Most Perfectly Cut Diamond™ and The Most Perfectly Cut Diamond in the World™, and by selling, offering for sale, distributing, and/or advertising goods and services to the general public in connection with such marks, EightStar and Grimball have intentionally and knowingly used HOF's trademarks. Accordingly, HOF is entitled to a judgment of three times its damages and Defendants' ill-gotten profits, together with reasonable attorney's fees, pursuant to 15 U.S.C. § 1117(a).

**COUNT II**
**Unfair Competition**
**(Common Law)**

58.    HOF specifically incorporates and references the allegations asserted in each of the preceding paragraphs, as if fully set forth herein.

59.     The trademarks and service marks The World's Most Perfectly Cut Diamond™ and The Most Perfectly Cut Diamond in the World™ are inherently distinctive and/or have acquired secondary meaning.

60.     The trademarks and service marks The World's Most Perfectly Cut Diamond™ and The Most Perfectly Cut Diamond in the World™ relating to HOF's diamond and jewelry business, have been, and will continue to be, known throughout the United States as identifying and distinguishing HOF's business.

61.     Without authorization or consent of HOF, EightStar, Grimball and EightStar's other retailers (on EightStar's behalf and at EightStar's instigation) have used, and continue to use, designations confusingly similar to HOF's trademarks and service marks in connection with the sale, offering for sale, distribution, and advertising of goods and/or services to the general public in competition with HOF.

62.     EightStar, Grimball and EightStar's other retailers' use of confusingly similar designations to HOF's marks in connection with the sale, offering for sale, distribution, and/or advertising of goods and/or services is likely to cause confusion, mistake, and deception among the general public as to the origin of EightStar's and Grimball's goods and services and/or as to sponsorship by, affiliation with, and/or connection to HOF.

63.     EightStar and Grimball have willfully, intentionally, and knowingly used a designation confusingly similar to HOF's marks in connection with the sale, offering for sale, distribution, and/or advertising of goods and/or services not related to, affiliated, with, or sponsored by HOF.

64.     By using a confusingly similar designation to HOF's marks, in connection with the sale, offering for sale, distribution, and/or advertising of goods and/or services to the general

public, EightStar and Grimball have wrongfully profited from the infringement of such marks.

HOF has been, and continues to be, damaged by EightStar's and Grimball's conduct which has a

substantial and adverse effect on HOF's goodwill and business identified by its trademarks.

Furthermore, EightStar's and Grimball's actions will have the effect of nullifying HOF's right to

the exclusive use of its marks, free from infringement. HOF, therefore seeks actual damages as

well as disgorgement of EightStar's and Grimball's profits from the use of such marks.

65.    EightStar and Grimball have profited thereby and, unless their conduct is

enjoined, HOF's reputation and goodwill will continue to suffer irreparable injury that cannot

adequately be calculated or compensated by money damages. Accordingly, HOF also seeks

injunctive relief to restrain EightStar's and Grimball's use of marks confusingly similar to marks

of HOF.

## COUNT III
### Unfair and Deceptive Acts and Practices
### (Mass. Gen. Laws ch. 93A)

66.    HOF specifically incorporates and references the allegations asserted in each of

the preceding paragraphs, as if fully set forth herein.

67.    HOF, EightStar and Grimball are engaged in the conduct of trade or commerce

within the meaning of Mass. Gen. Laws ch. 93A.

68.    The foregoing conduct by EightStar and Grimball constitutes unfair or deceptive

acts and practices within the meaning of Mass. Gen. Laws ch. 93A.

69.    Through the unfair and deceptive acts and practices described herein, HOF has

been, and continues to be, damaged by EightStar's and Grimball's activities and conduct.

EightStar and Grimball have profited thereby and, unless their conduct is enjoined, HOF will

continue to suffer irreparable injury that cannot adequately be calculated or compensated by

14

monetary damages. Accordingly, HOF seeks injunctive relief pursuant to Mass. Gen. Laws ch. 93A, § 11.

70.     By using HOF's trademarks and service marks and/or confusingly similar designations in connection with the sale, offering for sale, and/or advertising of goods to the general public, EightStar and Grimball have intentionally and knowingly violated HOF's rights. Accordingly, HOF is entitled to a judgment of three times its damages, together with reasonable attorney's fees, pursuant to Mass. Gen. Laws ch. 93A, § 11.

**WHEREFORE**, HOF respectfully requests that this Court:

1.     Issue a preliminary injunction and permanent injunction prohibiting EightStar and Grimball from using HOF's trademarks and service marks and any confusingly similar designations and requiring EightStar to discontinue its current infringing practices;

2.     Enter judgment in favor of HOF on the counts asserted herein and award damages in an amount to be determined at trial, including damages in the amount of EightStar's and Grimball's profits from its willful infringement of HOF's marks, doubled or trebled where appropriate;

3.     Award HOF the costs incurred in bringing this action, including attorneys' fees;

4.     Order EightStar and Grimball to certify the destruction of all materials, and the removal of references on its web site, that refer to confusingly similar designations to the marks The World's Most Perfectly Cut Diamond™ and The Most Perfectly Cut Diamond in the World™; and

5.     Award HOF such further relief as it deems just, proper and equitable.

**JURY DEMAND**

HOF demands a trial by jury on all issues so triable.

HEARTS ON FIRE COMPANY, LLC

By its attorneys,

/s/ Mark D. Robins

Robert P. Sherman, Esq. (BBO #548540)
Mark D. Robins, Esq. (BBO #559933)
Stephen M. LaRose, Esq. (BBO #654507)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Dated:  December 8, 2004

Exhibit A

Grimball Jewelers-fine gen.   custom design, diamonds, moissanite,repa.   appraisals.      Page 1 of 1



JEWELERS



**79 South Elliott Road**
**Chapel Hill, NC 27514**
**919-929-2580 / 800-928-2580**

**Store Hours**
**Tuesday - Friday 10:00am to 6:00pm**
**Saturday 10:00am to 5:00pm**
**grimball@bellsouth.net**

**Where diamonds do grow on trees.**

---


**Art Nouveau Jewelry**
Gorgeous 18K & enamel made in Spain


**One of a Kind Pieces**
You won't find these anywhere else


**Moissanite Jewelry**
Incredible brilliance and durability at 1/10 the cost of diamond


**EightStar Diamonds**
The most perfectly cut diamonds in the world. Only 2000 are cut each year.


**Our Newsletter**
Quarterly updates


**Gem Information**
Definitions and explanations of treatments, synthetics, etc.


**Lucere cut diamond**
If you are thinking of a princess or emerald cut, you owe it to yourself to see the Lucere.


**Panorama**
A panoramic view of our new store


**About Us**
Stories and pictures


**Links**
Links to informative sites about Grimball Jewelry


**Search**
The most respected gem and jewelry content in the world

---

Copyright©2000-2002 Grimball Jewelers

http://www.grimballjewelers.com/

10/14/2004

Exhibit B

Grimball Jewelers-fine gen., custom design, diamonds, moissanite,repa..., appraisals.    Page 1 of 1



Designers in gold and platinum

Repairs and Appraisals

Fine diamonds and colored gems

**79 South Elliott Road**
**Chapel Hill, NC 27514**
**919-929-2580**
**grimball@bellsouth.net**

# *Links*



## EightStar Diamonds

**The most perfectly cut diamonds in the world. Only 2000 are cut each year.**

Back to top

Home | About Us | One of a Kind | Moissanite | EightStar Diamonds | Art Nouveau | Newsletter | Gem Info | Lucere | Links | Search

Copyright©2000 Grimball Jewelers

http://www.grimballjewelers.com/links.html    10/14/2004

Exhibit C



# NIXON PEABODY LLP

### ATTORNEYS AT LAW

100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
Fax: (617) 345-1300
Direct Dial: (617) 345-6176
Direct Fax: 866-382-5886
E-Mail: mrobins@nixonpeabody.com

October 14, 2004

**By Overnight Courier**

GRS Jewelers Inc. d/b/a Grimball & Stokes Jewelers a/k/a Grimball Jewelers
79 S Elliott Road
Chapel Hill, NC 27514

     RE:    Violation of Trademark Rights

Dear Sir/Madam:

    This firm represents Hearts On Fire Company, LLC ("HOF"). Please direct future communications to my attention.

    HOF is the owner of a number of trademarks and service marks, including the trademarks THE WORLD'S MOST PERFECTLY CUT DIAMOND™ and THE MOST PERFECTLY CUT DIAMOND IN THE WORLD™, which HOF has been using, among other things, in connection with HOF's diamond gemstones, among other things, for many years. Applications to register these trademark have been allowed by the United States Patent and Trademark Office ("USPTO"), and HOF has acquired rights in the unregistered marks through years of use pursuant to 15 U.S.C. § 1125(a).

    On December 9, 2003, your company was served with a subpoena in connection with a proceeding before the Trademark Trial and Appeal Board of the USPTO regarding the registration of THE WORLD'S MOST PERFECTLY CUT DIAMOND™. This subpoena sought production of documents concerning, among other things, your use of the phrase "The Most Perfectly Cut Diamonds in the World." Shortly thereafter, the proceeding before the Trademark Trial and Appeal Board was suspended.

    The subpoena certainly provided you with notice of HOF's rights in a trademark and of your use of a confusingly similar trademark. However, you have continued to use the phrase "the most perfectly cut diamond in the world." Indeed, we have confirmed that your web site is currently using this phrase to promote the sale of EightStar diamonds, products which are directly competitive with those sold by HOF under its trademarks. Copies of these web pages are enclosed.

BOS1426404.1

NIXON PEABODY LLP

GRS Jewelers Inc.
October 14, 2004
- 2 –

This conduct is highly likely to cause consumer confusion and, hence, is actionable under 15 U.S.C. § 1125(a) and applicable state law. Such trademark violations may be redressed by, among other things, injunctive relief, the disgorgement of profits, an award of up to three times actual damages, costs, and attorneys' fees.

Accordingly, HOF demands that you immediately cease any and all use of the phrase "The most perfectly cut diamonds in the world" or any other mark, slogan, or designation that is confusingly similar to THE WORLD'S MOST PERFECTLY CUT DIAMOND™ or THE MOST PERFECTLY CUT DIAMOND IN THE WORLD™. If you wish to avoid litigation, please provide me with *written assurances* of the foregoing within *five (5) business days* of the date of this letter.

While I am contacting you in an effort to avoid litigation, nothing herein is intended by HOF, nor should it be construed by you, to be an offer of settlement, or a waiver or relinquishment of any rights or remedies which HOF may have in this matter, and all such rights and remedies are hereby specifically reserved. Among other things, and without limitation, HOF reserves all rights regarding any other entities involved in, or responsible for, this violation of HOF's rights. Please maintain all evidence pertaining to this matter in accordance with applicable laws governing the preservation of evidence.

Please provide me with the written assurances requested above by no later than October 20, 2004.

Very truly yours,

Mark D. Robins

Enclosure
cc:    Gailyc C. Sonia, Esq. – Hearts On Fire Company, LLC
       Robert P. Sherman, Esq. – Nixon Peabody LLP

Grimball Jewelers-fine gem    custom design, diamonds, moissanite,repair    appraisals.        Page 1 of 1



JEWELERS

79 South Elliott Road
Chapel Hill, NC 27514
919-929-2580 / 800-928-2580

**Store Hours**
Tuesday - Friday 10:00am to 6:00pm
Saturday 10:00am to 5:00pm
grimball@bellsouth.net



Where diamonds do grow on trees.

 **Art Nouveau Jewelry**
Gorgeous 18K& enamel made in Spain

 **One of a Kind Pieces**
You won't find these anywhere else

 **Moissanite Jewelry**
Incredible brilliance and durability at 1/10 the cost of diamond

 **EightStar Diamonds**
The most perfectly cut diamonds in the world. Only 2000 are cut each year.

 **Our Newsletter**
Quarterly updates

 **Gem Information**
Definitions and explanations of treatments, synthetics, etc.

 **Lucere cut diamond**
If you are thinking of a princess or emerald cut, you owe it to yourself to see the Lucere.

 **Panorama**
A panoramic view of our new store

**About Us**
Stories and pictures

 **Links**
Links to informative sites about Grimball Jewelry

 **Search**
The most respected gem and jewelry content in the world

Copyright©2000-2002 Grimball Jewelers

http://www.grimballjewelers.com/                                    10/14/2004

Grimball Jewelers-fine gem., custom design, diamonds, moissanite,repai.., appraisals.    Page 1 of 1



### Designers in gold and platinum

### Repairs and Appraisals

### Fine diamonds and colored gems

**79 South Elliott Road**
**Chapel Hill, NC 27514**
**919-929-2580**
**grimball@bellsouth.net**

## *Links*



## EightStar Diamonds

**The most perfectly cut diamonds in the world. Only 2000 are cut each year.**

Back to top

Home | About Us | One of a Kind | Moissanite | EightStar Diamonds | Art Nouveau | Newsletter | Gem Info | Lucere | Links | Search

Copyright©2000 Grimball Jewelers

Exhibit D



OCT 2 2 2004

Oct.16,04

Dear Mr. Robins,

I have directed my web site designer to remove the offending ( though true) language from the web site. I anticipate it will be removed within 10 days.


Sincerely,

Berkeley Grimball

Exhibit E



# NIXON PEABODY LLP
### ATTORNEYS AT LAW

100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
Fax: (617) 345-1300
Direct Dial: (617) 345-6176
Direct Fax: 866-382-5886
E-Mail: mrobins@nixonpeabody.com

October 22, 2004

**By Overnight Courier**

Berkeley Grimball
GRS Jewelers Inc. d/b/a Grimball & Stokes Jewelers a/k/a Grimball Jewelers
79 S Elliott Road
Chapel Hill, NC 27514

      RE:    Violation of Trademark Rights

Dear Mr. Grimball:

    I am writing in response to your letter to me of October 16 and following up our telephone call earlier today. As we discussed, one of the pages containing the designation that HOF complained about remains available on your web site. A copy is enclosed. You indicated that this page would be removed within the time frame indicated in your October 16 letter, namely October 26, 2004. HOF will continue to monitor the situation to ensure that all infringing items are removed.

                Very truly yours,

                Mark D. Robins

Enclosure
cc:    Gailyc C. Sonia, Esq. – Hearts On Fire Company, LLC
       Robert P. Sherman, Esq. – Nixon Peabody LLP

INCLUDING ATTORNEYS FORMERLY OF HUTCHINS WHEELER & DITTMAR

ALBANY, NY · BOSTON, MA · BUFFALO, NY · GARDEN CITY, NY · HARTFORD, CT · MANCHESTER, NH · McLEAN, VA
NEW YORK, NY · ORANGE COUNTY, CA · PROVIDENCE, RI · ROCHESTER, NY · SAN FRANCISCO, CA · WASHINGTON, DC



**Designers in gold and platinum**

**Repairs and Appraisals**

**Fine diamonds and colored gems**

79 South Elliott Road
Chapel Hill, NC 27514
919-929-2580
grimball@bellsouth.net

# *Links*



## EightStar Diamonds

**The most perfectly cut diamonds in the world. Only 2000 are cut each year.**

Back to top

Home | About Us | One of a Kind | Moissanite | EightStar Diamonds | Art Nouveau | Newsletter | Gem Info | Lucere | Links | Search

Copyright©2000 Grimball Jewelers

Exhibit F

Grimball Jewelers-fine gems, custom design, diamonds, moissanite,repairs, appraisals.    Page 1 of 1



**Designers in gold and platinum**

**Repairs and Appraisals**

**Fine diamonds and colored gems**

**79 South Elliott Road**
**Chapel Hill, NC 27514**
**919-929-2580**
grimball@bellsouth.net

## Links



# EightStar Diamonds

**The most perfectly cut diamonds in the world. Only 2000 are cut each year.**

Back to top

Home | About Us | One of a Kind | Moissanite | EightStar Diamonds | Art Nouveau | Newsletter | Gem
Info | Lucere | Links | Search

Copyright©2000 Grimball Jewelers