# Exhibit 9

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

--oOo--

| | |
|---|---|
| HEARTS ON FIRE COMPANY, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 04 12258-JLT |
| | ) |
| EIGHTSTAR DIAMOND COMPANY and | ) |
| GRS JEWELERS, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

DEPOSITIONS OF

RICHARD VON STERNBERG and DANA VON STERNBERG

(30(b)6 witnesses)

Tuesday, December 6, 2005

REPORTED BY: RENEE COMBS WOLF, RMR, CSR 11867  JOB 375292



**CONFIDENTIAL**

**CERTIFIED COPY**

**LEGALINK**
A WORDWAVE COMPANY

LegaLink San Francisco
575 Market Street, 11th Floor
San Francisco, CA 94105

tel (415) 357-4300
tel (800) 869-9132
fax (415) 357-4301

www.legalink.com

GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

| | |
|---|---|
| 14:08:29 1 | trademarks, right? |
| 14:08:30 2 | A.   Yes. |
| 14:08:31 3 | Q.   Now, you're aware that in May, a couple months |
| 14:08:35 4 | after this of '04, that Hearts on Fire initiated an |
| 14:08:40 5 | action against E.R. Sawyer for use of the Hearts on Fire |
| 14:08:43 6 | trademark, "the world's most perfectly cut diamond," to |
| 14:08:45 7 | promote EightStar's goods? |
| 14:08:48 8 | A.   I couldn't again tell you the exact date, but |
| 14:08:52 9 | I'm aware of that action, yes. |
| 14:09:07 10 | Q.   When did you become -- when were you first |
| 14:09:09 11 | aware of the use by E.R. Sawyer of the Hearts on Fire |
| 14:09:13 12 | trademark? |
| 14:09:17 13 | MR. PHILLIPS:   Object to the form. |
| 14:09:19 14 | THE WITNESS:   When was I first aware? |
| 14:09:21 15 | MR. SHERMAN:   Yeah. |
| 14:09:21 16 | THE WITNESS:   My first awareness was when we |
| 14:09:23 17 | were made aware of the action. |
| 14:09:27 18 | MR. SHERMAN:   Q.   So who made you aware of the |
| 14:09:30 19 | action? |
| 14:09:35 20 | A.   Good one.  I don't recall. |
| 14:09:52 21 | Q.   And do you know whether or not you were made |
| 14:09:57 22 | aware before the Sawyer lawsuit was filed, in other |
| 14:10:10 23 | words, was there already a -- was there already a |
| 14:10:13 24 | lawsuit when you learned of the use by E.R. Sawyer of |
| 14:10:16 25 | the Hearts on Fire trademark? |

117

| | | |
|---|---|---|
| 14:10:19 1 | A. | Was there already a lawsuit? |
| 14:10:22 2 | Q. | Right. |
| 14:10:22 3 | A. | Before I knew of the use of -- |
| 14:10:24 4 | Q. | Right. |
| 14:10:32 5 | A. | I don't know if I understand your question. |
| 14:10:34 6 | | Because in the last question you asked me when I was |
| 14:10:36 7 | | aware of it, and then I said I became aware of it, the |
| 14:10:39 8 | | action. I said the action. The lawsuit, are they the |
| 14:10:42 9 | | same thing? |
| 14:10:43 10 | Q. | If that's when you became aware of it. Do you |
| 14:10:45 11 | | know whether or not there was a lawsuit filed by Hearts |
| 14:10:48 12 | | on Fire against E.R. Sawyer for use of Hearts on Fire's |
| 14:10:52 13 | | trademark before you first learned of it? |
| 14:10:55 14 | A. | Oh, oh. Well, I found out about it after that |
| 14:11:00 15 | | occurred. |
| 14:11:00 16 | Q. | You did? |
| 14:11:01 17 | A. | Yes. |
| 14:11:02 18 | Q. | Okay. And you had no idea prior to that time |
| 14:11:05 19 | | that E.R. Sawyer was using the Hearts on Fire trademark |
| 14:11:09 20 | | to describe EightStar's goods? |
| 14:11:12 21 | A. | No, absolutely not. Now I understand your |
| 14:11:16 22 | | question. |
| 14:12:00 23 | | (Whereupon, Exhibit 15 was marked for |
| 14:12:00 24 | | identification.) |
| 14:12:17 25 | | MR. SHERMAN: Q. I'll show you a two-page |

118

| | |
|---|---|
| 14:12:20  1 | document, bearing Bates stamp numbers E00040 to -41. |
| 14:12:26  2 | And that's the Exhibit 15, and ask you if you can |
| 14:12:33  3 | identify this. |
| 14:12:41  4 |     A.   Identify it? |
| 14:12:42  5 |     Q.   Yeah. What is this? |
| 14:12:44  6 |     A.   This is an email to all dealers. |
| 14:12:46  7 |     Q.   This is part of the infrequent -- |
| 14:12:49  8 |     A.   Yes. |
| 14:12:51  9 |     Q.   -- updates you provide? |
| 14:12:53 10 |     A.   It is. |
| 14:12:54 11 |     Q.   Okay. So it's dated June 25th, '04, right? |
| 14:13:02 12 |     A.   Dated June 25th, '04, yes. |
| 14:13:06 13 |     Q.   And you're describing in part the lawsuit |
| 14:13:15 14 | against E.R. Sawyer and the resolution of that lawsuit; |
| 14:13:18 15 | is that fair? |
| 14:13:26 16 |     A.   I believe that is fair. Yes. |
| 14:13:37 17 |     Q.   Now, in the paragraph that begins, "It was |
| 14:14:13 18 | common in Doug's store to tell people about our |
| 14:14:16 19 | perfectly cut diamonds and crow about them in ads." Do |
| 14:14:19 20 | you see that? |
| 14:14:20 21 |     A.   I do. |
| 14:14:21 22 |     Q.   And then it says, "However, his web master, in |
| 14:14:23 23 | order to have some samples of his work to show people, |
| 14:14:26 24 | put these words up (the most perfectly cut diamonds in |
| 14:14:29 25 | the world)." Do you see that? |

```
14:24:22  1      Q.   Okay.  So then in June of 2004, June 26th,
14:24:26  2   you're passing on an email that -- to your dealers which
14:24:30  3   basically, do I have it right, that your understanding
14:24:35  4   of this was that there was no change in the status of
14:24:37  5   that action?
14:24:43  6      A.   "No further postings on the status of the
14:24:49  7   case."  Yeah, I would agree with that.
14:25:11  8      Q.   The Jewelry Source has been an authorized
14:25:18  9   EightStar retailer, correct?
14:25:20 10      A.   Has been?
14:25:21 11      Q.   Is.
14:25:21 12      A.   And continues to be, yes.
14:25:26 13      Q.   Do you know whether or not The Jewelry
14:25:28 14   Source's web site has a link to EightStar's web site?
14:25:34 15      A.   I don't know that.
14:26:39 16           (Whereupon, Exhibit 17 was marked for
14:26:39 17            identification.)
14:26:48 18           MR. SHERMAN:  Q.  I'm going to show you what's
14:26:50 19   been marked as Exhibit Number 17, and ask you if you
14:26:59 20   can -- if you recognize this as a page from The Jewelry
14:27:04 21   Source web site.
14:27:26 22      A.   If I recognize this as from The Jewelry
14:27:28 23   Source?
14:27:29 24      Q.   Right.
14:27:30 25      A.   Yes, I would say so, yes.
```

126

| | | |
|---|---|---|
| 14:27:33 | 1 | Q. Okay. And you see there's a date at the |
| 14:27:38 | 2 | bottom which would indicate the print date of 7/20/04. |
| 14:27:45 | 3 | A. Uh-huh. |
| 14:27:45 | 4 | Q. Now, in the third paragraph it says, "At The |
| 14:27:50 | 5 | Jewelry Source, you'll find the world's most perfectly |
| 14:27:52 | 6 | cut diamond: The EightStar." Do you see that? |
| 14:27:56 | 7 | A. I do. |
| 14:27:59 | 8 | Q. And when were you first aware that The Jewelry |
| 14:28:02 | 9 | Source was using the Hearts on Fire trademark to -- in |
| 14:28:10 | 10 | connection with the promotion of EightStar's goods? |
| 14:28:13 | 11 | A. When was I first aware that The Jewelry Source |
| 14:28:15 | 12 | was using these words that appear here in conjunction |
| 14:28:20 | 13 | with -- I'm sorry. Say that again, please. |
| 14:28:22 | 14 | Q. When were you first aware that The Jewelry |
| 14:28:24 | 15 | Source was using Hearts on Fire's trademarked phrase to |
| 14:28:28 | 16 | promote EightStar's goods? |
| 14:28:30 | 17 | A. When she was warned not to do it. |
| 14:28:33 | 18 | Q. Had no idea about it beforehand? |
| 14:28:35 | 19 | A. That is correct. I had no idea about it |
| 14:28:36 | 20 | beforehand. |
| 14:28:37 | 21 | Q. And this is now just a couple of months after |
| 14:28:41 | 22 | the E.R. Sawyer matter, right? We just looked at some |
| 14:28:45 | 23 | documents that were from May of '04. |
| 14:28:49 | 24 | A. That's right. |
| 14:28:50 | 25 | Q. Resolution of that matter. Do you remember we |

127

RICHARD VON STERNBERG and DANA VON STERNBERG           December 6, 2005
CONFIDENTIAL

```
14:28:53  1   looked at an email that was June of '04 where you sent
14:28:57  2   out an email to your dealers about the resolution of
14:28:59  3   that one.  Do you remember that?
14:29:01  4        A.   I do.
14:29:01  5        Q.   And now it's July of 04, right?
14:29:04  6        A.   (Nods head.)
14:29:05  7        Q.   And you're saying that you have no idea of the
14:29:07  8   use of Hearts on Fire trademarked phrase before you
14:29:12  9   learned that they had been warned by Hearts on Fire; is
14:29:16 10   that right?
14:29:16 11        A.   That's correct.
14:29:18 12        Q.   By the way --
14:29:19 13        A.   Yeah.
14:29:20 14        Q.   Right after it, it refers to the EightStar and
14:29:23 15   then it's got a little TM.
14:29:26 16        A.   Uh-huh.
14:29:26 17        Q.   That's an improper designation for EightStar;
14:29:29 18   is that right?  I mean the EightStar name is a
14:29:33 19   registered trademark, is it not?
14:29:37 20        A.   It is.
14:29:38 21        Q.   So in other words you would use the little R,
14:29:42 22   wouldn't you?
14:29:43 23        A.   I would.
14:29:43 24        Q.   And you never monitor, or nobody at your
14:29:47 25   company ever monitors the use of EightStar materials
```

128

| | |
|---|---|
| 14:35:08  1 | do, which ones do and which ones don't. |
| 14:35:13  2 | (Whereupon, Exhibit 18 was marked for |
| 14:35:13  3 | identification.) |
| 14:35:24  4 | MR. SHERMAN: Q. I'll show you what's been |
| 14:35:25  5 | marked Exhibit 18, a two-page document. Do you |
| 14:35:40  6 | recognize this as a couple of pages from the Grimball |
| 14:35:44  7 | web site? |
| 14:35:49  8 | A. I'm going to have to take your word that |
| 14:35:51  9 | that's what it is. I've never seen this before, but |
| 14:35:53 10 | I -- |
| 14:35:54 11 | Q. I'll represent that it is. |
| 14:35:56 12 | A. Very good. |
| 14:35:56 13 | Q. And you see the date 10/14/2004? |
| 14:36:00 14 | A. I do. |
| 14:36:01 15 | Q. Now, you see on the Grimball web site it has |
| 14:36:13 16 | various references to different, you know, different |
| 14:36:17 17 | links essentially, right, in the first page? |
| 14:36:23 18 | A. So these are links to other web sites, you |
| 14:36:25 19 | mean? |
| 14:36:25 20 | Q. Do you understand that to be -- that's what it |
| 14:36:27 21 | is? |
| 14:36:32 22 | MR. PHILLIPS: Do you understand his question? |
| 14:36:33 23 | THE WITNESS: Not exactly. I think a link to |
| 14:36:36 24 | me is when you go to somebody else's web site. Is that |
| 14:36:39 25 | what you mean? |

| | |
|---|---|
| 14:36:41 1 | MR. SHERMAN:  Q.  Okay.  Now do you see where |
| 14:36:43 2 | it says, "EightStar Diamonds.  The most perfectly cut |
| 14:36:46 3 | diamonds in the world.  Only 2000 are cut each year"? |
| 14:36:50 4 | A.  I see that. |
| 14:36:51 5 | Q.  And do you know how it is that Mr. Grimball |
| 14:36:57 6 | refers to EightStar diamonds as the most perfectly cut |
| 14:37:00 7 | diamonds in the world? |
| 14:37:01 8 | A.  I can't imagine why he would have done that, |
| 14:37:03 9 | no. |
| 14:37:04 10 | Q.  Okay.  You have no idea, no idea until -- when |
| 14:37:07 11 | was it that you first learned that Grimball was |
| 14:37:11 12 | referring to EightStar diamonds as the most perfectly |
| 14:37:14 13 | cut diamonds in the world? |
| 14:37:16 14 | A.  When he was notified by Hearts on Fire not to |
| 14:37:18 15 | do that. |
| 14:37:19 16 | Q.  And this is now just a couple months after The |
| 14:37:21 17 | Jewelry Source, right? |
| 14:37:23 18 | A.  I don't know.  Was it? |
| 14:37:24 19 | Q.  Well, we just looked at the documents which |
| 14:37:26 20 | were July of '04. |
| 14:37:29 21 | A.  Okay.  Then, yes. |
| 14:37:32 22 | Q.  And then the second page refers to this as |
| 14:37:41 23 | "Links"? |
| 14:37:43 24 | A.  Right. |
| 14:37:44 25 | Q.  And then, again, "The most perfectly cut |

134

| | |
|---|---|
| 14:37:47 1 | diamonds in the world.  Only 2000 are cut each year. |
| 14:37:51 2 | EightStar Diamonds." |
| 14:37:54 3 |      A.   Obviously, he didn't consult with me.  Had he, |
| 14:37:57 4 | I would have said, put "what every diamond dreams of |
| 14:38:02 5 | being."  That's our trademark. |
| 14:38:04 6 |      Q.   He said that right next to EightStar, "What |
| 14:38:06 7 | every diamond dreams of being." |
| 14:38:09 8 |      A.   He doesn't say that.  That's actually -- |
| 14:38:10 9 |      Q.   That's yours. |
| 14:38:11 10 |      A.   That's a piece of our artwork he's using. |
| 14:38:13 11 | Where it says, "The most perfectly cut diamonds in the |
| 14:38:16 12 | world," had he asked me if that was an okay thing to do, |
| 14:38:22 13 | I would have said absolutely not, we have a trademark, |
| 14:38:25 14 | use ours. |
| 14:38:26 15 |      Q.   So it's your testimony you had no idea about |
| 14:38:29 16 | this until you learned he had been sued? |
| 14:38:31 17 |      A.   That is correct. |
| 14:38:41 18 |      Q.   Did you have any discussion with Grimball |
| 14:38:42 19 | after action was brought against him for use of the |
| 14:38:47 20 | Hearts on Fire trademark? |
| 14:38:51 21 |      A.   Each one of the three people that you've |
| 14:38:54 22 | referenced called me, and I had discussions with all |
| 14:38:57 23 | three of those people, including Berkeley Grimball, yes. |
| 14:39:00 24 |      Q.   Do you recall the substance of what you said |
| 14:39:02 25 | to him, what he said to you? |