UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HEARTS ON FIRE COMPANY, LLC,

Plaintiff,

v.

EIGHTSTAR DIAMOND COMPANY and
GRS JEWELERS, INC.,

Defendants.

CIVIL ACTION NO. 04 12258-JLT

## ASSENTED TO MOTION OF PLAINTIFF HEARTS ON FIRE COMPANY, LLC FOR CONTINUANCE OF DATE FOR RESPONSE TO DEFENDANT EIGHTSTAR DIAMOND COMPANY'S MOTION FOR SUMMARY JUDGMENT

On March 10, 2006, Defendant EightStar Diamond Company ("EightStar") filed its

motion for summary judgment on all counts of plaintiff Hearts on Fire Company, LLC's

("HOF") Amended Complaint. HOF's response to the motion for summary judgment is due on

March 23, 2006. The Court has scheduled a hearing on the motion for April 11, 2006. HOF

respectfully moves, with the assent of EightStar, for an extension of the date to respond to the

motion for summary judgment to March 31, 2006. In support of this motion, HOF states, as

follows:

1.      On January 31, 2006, HOF served its second request for production of documents

on EightStar requesting certain documents that had been identified during the Rule 30(b)(6)

deposition of EightStar. One such request was for copies of videotaped recordings of the

EightStar annual dealer conferences, including but not limited to, those in 2003 and 2005.

2.      On March 2, 2006, EightStar responded to the document production request indicating that it would produce copies of the dealer conferences.

3.      To date, HOF has not received any of the tapes of the dealer conference. Counsel for EightStar stated that HOF will likely receive the tapes by March 31, 2006.

4.      It is critical that HOF have an opportunity to review the videotapes of Eighstar dealer conferences before filing its opposition to EightStar's motion for summary judgment as these tapes may contain evidence critical to HOF's opposition.

WHEREFORE, HOF requests that this Court grant it an extension to March 31, 2006 to respond to EightStar's motion.

Respectfully submitted,

HEARTS ON FIRE COMPANY, LLC

By its attorneys,

_____/s/ Robert P. Sherman_____
Robert P. Sherman (BBO #548540)
Jessie W. Manchester (BBO #660966)
DLA PIPER RUDNICK GRAY CARY US LLP
33 Arch Street, 26th Floor
Boston, MA  02110
Tel. (617) 406-6000
Fax (617) 406-6001

Assented to:

EIGHTSTAR DIAMOND COMPANY

By its attorneys,

_____/s/ James L. Phillips_____
James L. Phillips (Admitted Pro Hac Vice)
Adele Conover (Admitted Pro Hac Vice)
MILLER & NASH LLP
4400 2 Union Square
610 Union Street
Seattle, WA  98101
Tel. (206) 622-8484