# EXHIBIT D



**DLA Piper Rudnick Gray Cary US LLP**
33 Arch Street, 26th Floor
Boston, Massachusetts 02110-1447
T 617.406.6000
F 617.406.6100
W www.dlapiper.com

ROBERT P. SHERMAN
*rob.sherman@dlapiper.com*
*Direct Dial: 617-406-6035*
*Direct Fax: 617-406-6135*

March 29, 2006

**By FAX (206-622-7485)**

James L. Phillips, Esq.
Miller Nash LLP
4400 Two Union Square
601 Union Street
Seattle, WA 98101-2352

Re:    <u>Hearts On Fire Company, LLC v. EightStar Diamond Company, *et al.*</u>

Dear Jim:

As you know, the basis for my motion to continue the date for Hearts On Fire to respond to EightStar's motion for summary judgment was that I was waiting for tapes of EightStar's dealer conferences that I had requested in a second request for production of documents on January 31, 2006. In our telephone conversation, you indicated that I would receive the tapes by the end of last week, which would give me sufficient time to review them before being required to file Hearts On Fire's opposition by this Friday, March 31, 2006.

I have not received any of the tapes to date. This places me in the rather uncomfortable position of either filing a substantive opposition to the motion for summary judgment without the benefit of what may be crucial evidence, or filing a response under Rule 56(f) requesting that the Court defer a decision on the motion until after I have had an opportunity to review the relevant tapes.

Very truly yours,

Robert P. Sherman

RPS:jmm

cc:    Jessie W. Manchester, Esq. (By Hand)

~BOST1:398879.v2
358833-1

**Serving clients globally**