# EXHIBIT E

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

Trademark Application
Serial No.            :  78/078313
Filed                 :  August 8, 2001
Published             :  December 3, 2002
Applicant             :  Hearts on Fire Company
Trademark             :  THE MOST PERFECTLY CUT DIAMOND IN THE WORLD
International Class   :  014

BOX TTAB/NO FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

01-03-2003
U.S. Patent & TMOfc/TM Mail Rcpt Dt. #77

FIRST REQUEST FOR AN EXTENSION OF TIME
TO FILE NOTICE OF OPPOSITION

Sir:

   Pursuant to 15 U.S.C. §1063 and Trademark Rule 2.102, request is hereby made for a sixty (30) day extension of the time within which a Notice of Opposition may be filed with respect to the above- identified application in International Class 014.

   This request is made on behalf of the following prospective opposers.

   (1) EightStar Diamond Company, P.O. Box 7077, Cotati, California 94931;

   (2) E.R. Sawyer Jewelers, 638 Fourth Street, Santa Rosa, California 95404;

   (3) Continental Diamond Company, Minneapolis, Minnesota;

   (4) David Craig Jewelers, Summit Shopping Center, Langhorne, Pennsylvania 19047;

   (5) Jones & Jones Jewelers, 609 S.W. Alder Street, Portland, Oregon 97205;

   (6) David Fairclough Fine Jewelers, 7141 West Central Avenue, Toledo, Ohio 43617;

   (7) Wyman Jewelers, 18 Wyman Street, Stoughton, Massachusetts 02072;

   (8) Arthur Gordon's Fine Jewelry, 7101 North May Avenue, Oklahoma City, Oklahoma 73116;

   (9) Clodius & Co. Jewelers, 308 W. State Street, Rockford, Illinois 61101;

   (10) Jules R. Schubot Jewelers, 3001 W. Big Beaver Road, Suite 112, Troy, Michigan 48084;

   (11) Diamond Boutique, Inc., 9450 Mira Mesa Blvd., Suite C, San Diego, California 92126; and

*Request to Extend Time*
*Atty Docket No: 00749.L1*              Page 1 of 2


Δ π EXHIBIT 8
Deponent Van Stemberg
Date 12/6/05  Rptr. RW

(12) Willow Glenn Custom Jewelers, 1302 Lincoln Avenue, San Jose, California 95125.

The extension is necessary in order for the numerous prospective opposers to investigate and evaluate the necessity and advisability of filing a Notice of Opposition.

The time within which a Notice of Opposition must be filed presently expires on January 2, 2003. If this request is granted, the time within which the prospective opposers may file a Notice of Opposition would be extended to and include *March 3, 2002*.

If, for any reason, the Board denies this request, it is respectfully requested that an automatic thirty (30) day extension of time be granted.

The foregoing request is made in good faith and not for the purpose of delay, and is being submitted in triplicate in accordance with Trademark Rule 2.102(d).

Respectfully submitted,

Craig M. Stainbrook
Reg. No. 45,126
JOHNSON & STAINBROOK, LLP
3550 Round Barn Blvd., Suite 203
Santa Rosa, CA 95403
707.578.9333 tel
707.578-3133 fax
Attorneys for Prospective Opposers

---

*Certificate of Mailing by Express Mail*

The undersigned hereby certifies that this FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE NOTICE OF OPPOSITION is being deposited with the United States Postal Service "Express Mail Post Office to Addressee Service" in accordance with the provisions of 37 CFR Section 1.10 on the date indicated below and is addressed to:
BOX TTAB/NO FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

Express Mail Label No: EL 879340124 US

Date: 2 Jan 2003

Craig M. Stainbrook

*Request to Extend Time*
*Atty Docket No: 00749.L1*

Page 2 of 2

# JOHNSON & STAINBROOK, LLP
### Registered Patent Attorneys
Patents, Trademarks, Copyrights
and Related Matters

**Marin County Office**
175 N. Redwood Drive, Ste.130
San Rafael, CA 94903
Tel: (415) 499-8822
Fax: (415) 472-4347

**Sonoma County Office**
3550 Round Barn Blvd., Ste. 203
Santa Rosa, CA 95403
Tel: (707) 578-9333
Fax: (707) 578-3133

Reply to Santa Rosa

Attorney Docket No. 00749.L1

2 January 2003

Box TTAB/NO FEE
Assistant Commissioner for Trademarks
2900 Crystal Dr.
Arlington, VA 22202-3513

Trademark Application
Serial No.      :   78/078313
Filed           :   August 8, 2001
Published       :   December 3, 2002
Applicant       :   Hearts on Fire Company
Trademark       :   THE MOST PERFECTLY CUT DIAMOND IN THE WORLD

Sir:

Transmitted herewith for filing is a FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE NOTICE OF OPPOSITION relating to the above-indicated application. Attached is a self-addressed postage paid return postcard.

Very truly yours,

JOHNSON & STAINBROOK, LLP

Craig M. Stainbrook