# EXHIBIT F

12/09/03

To: To All Dealers
Subject: Heads up from headquarters

Hello, folks

I got a call from our dealer in North Carolina, Berkeley Grimball, who just received a subpoena from Hearts on Fire to appear as a witness in a case referred to as:

Jewelers Vigilance Committee versus Hearts on Fire

Apparently the JVC has begun the momentum now by beginning a lawsuit to prohibit Hearts on Fire from getting the trademarks that all say something similar to: "The world's most perfectly cut diamond."

Please notify me in the event that you receive such a subpoena. I am not afraid to tell the world that I believe that Hearts on Fire does not deserve to hold such a trademark because it is based entirely on falseness, is puffery, is hypocritical. Perhaps we will actually see justice done. My hat is tipped to the Jewelers Vigilance Committee for taking a stand and spending their own money to take up this fight. They would not do this if they did not feel there were a travesty being committed by HOF.

Very warm regards,

Richard


Δπ EXHIBIT 13
Deponent von Sternberg
Date 12/6/05  Rptr. RCW

E00033