# EXHIBIT B

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-03-28 18:52:01 ET

Serial Number: 78078314 Assignment Information

Registration Number: 2956854 Assignment Information

Mark (words only): THE MOST PERFECTLY CUT DIAMOND IN THE WORLD

Standard Character claim: No

Current Status: Registered.

Date of Status: 2005-05-31

Filing Date: 2001-08-08

Transformed into a National Application: No

Registration Date: 2005-05-31

Register: Principal

Law Office Assigned: LAW OFFICE 112

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 650 -Publication And Issue Section

Date In Location: 2005-05-31

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. HEARTS ON FIRE COMPANY LLC

**Address:**
HEARTS ON FIRE COMPANY LLC
99 SUMMER STREET FOURTH FLOOR
BOSTON, MA 02110
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Massachusetts
**Phone Number:** N.A.

## GOODS AND/OR SERVICES

**International Class:** 014
Gemstones, namely cut diamonds
**First Use Date:** 1997-01-01
**First Use in Commerce Date:** 1997-01-01

**Basis:** 1(a)

## ADDITIONAL INFORMATION

**Disclaimer:** "PERFECTLY CUT DIAMOND"

**Section 2(f)**

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-01-02 - Attorney Revoked And/Or Appointed

2006-01-02 - TEAS Revoke/Appoint Attorney Received

2005-05-31 - Registered - Principal Register

2005-04-05 - Opposition terminated for Proceeding

2005-04-05 - Opposition dismissed for Proceeding

2004-07-16 - PAPER RECEIVED

2004-02-11 - Registration canceled - Restored to pendency

2004-02-02 - TEAS Change of Correspondence Received

2003-07-29 - Registered - Principal Register

2003-05-20 - Opposition instituted for Proceeding

2003-02-11 - Extension Of Time To Oppose Received

2003-01-21 - Published for opposition

2003-01-01 - Notice of publication

2002-11-18 - Approved for Pub - Principal Register (Initial exam)

2002-09-19 - Communication received from applicant

2002-09-19 - PAPER RECEIVED

2002-06-07 - Unresponsive/Duplicate Paper Received

2002-06-06 - NON-FINAL ACTION E-MAILED

2002-06-06 - Amendment to Use approved

2002-04-23 - Amendment to use processing complete

2002-03-25 - Amendment to Use filed

2002-03-25 - PAPER RECEIVED

2002-03-25 - Communication received from applicant

2002-03-25 - PAPER RECEIVED

2001-09-25 - Non-final action mailed

2001-09-17 - Case file assigned to examining attorney

## CORRESPONDENCE INFORMATION

**Correspondent**
Monica P. McCabe and Christine M. Jaskiewicz and Robert P. Sherman (Attorney of record)

Monica P. McCabe and Christine M. Jaskie
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas, 38th Floor
New York NY 10020-1104

**Phone Number:** 212-835-6164
**Fax Number:** 212-884-8464