# EXHIBIT E



# The Jewelry Source

July 27, 2004

Attn: Gailyc C. Sonia
Counsel to Hearts of Fire

Thank you for bringing to my attention that area on my website which uses the term "perfect" and "Eightstar" together in the same sentence. I understand how Hearts of Fire might feel.

Today via e-mail, I have requested the changes with my web designer to read:

At The Jewelry Source, you will find the Eightstar diamond. A diamond whose precision of cut provides a stone with ideal optical performance. Each of the Eightstar diamonds are considered "geologically over the top" and are cut to such exacting standards that they are the cut by which all others are compared. Eightstar diamonds....."The diamond that every diamond dreams of being"

_____   7/27/04
Brenda Newman
Graduate Gemologist GIA
Certified Gemologist AGS



337 Main St.   ◆   El Segundo, CA 90245   ◆   (310) 322-7110   ◆   FAX (310) 322-4636   ◆   jewelrysourceusa.com