UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HEARTS ON FIRE COMPANY, LLC,

    Plaintiff,

v.

EIGHTSTAR DIAMOND COMPANY and
GRS JEWELERS, INC.,

    Defendants.

CIVIL ACTION NO. 04 12258-JLT

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

1. Exhibit A to Affidavit of Mark D. Robins in Opposition to Defendant's Motion for Summary Judgment;

2. Exhibits A, G, H, I and J to Affidavit of Jessica W. Manchester in Opposition to Defendant's Motion for Summary Judgment; and

3. Exhibits C, D, and F to Affidavit of Glen Rothman in Opposition to Defendant's Motion for Summary Judgment.

The original documents are maintained in the case file in the Clerk's Office.

~BOST1:413306.v1
358833-1

                                        HEARTS ON FIRE COMPANY, LLC

                                        By its attorneys,

                                        /s/ Jessica W. Manchester
                                        Robert P. Sherman (BBO #548540)
                                        Jessica W. Manchester (BBO #660966)
                                        DLA PIPER RUDNICK GRAY CARY US LLP
                                        33 Arch Street, 26th Floor
                                        Boston, MA 02110-1447
                                        Tel. (617) 406-6000
                                        Fax (617) 406-6001

Dated: March 31, 2006

~BOST1:413306.v1
358833-1