UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


HEARTS ON FIRE COMPANY, LLC          *
                                     *
              Plaintiff,             *
       v.                            *          Civil Action No. 04-12258-JLT
                                     *
EIGHTSTAR DIAMOND COMPANY,           *
and GRS JEWELERS, INC.,              *
                                     *
              Defendants.            *


ORDER

April 11, 2006


TAURO, J.


       After a Conference held on April 11, 2006, this court hereby orders that:

       1.     Defendant's Motion for Summary Judgment [# 51] is DENIED;

       2.     Plaintiff may depose the following: (1) EightStar Diamond Co. pursuant to Rule

              30(b)(6); (2) Richard Von Sternberg; and (3) Brad Huisken;

       3.     Defendant may depose the following: (1) Glenn Rothman; (2) Maarten De Witte;

              (3) Brian McHardy; (4) Gailyc C. Sonia; (5) Jason Sylvanowicz; and (6) Hearts on

              Fire Company, LLC pursuant to Rule 30(b)(6);

       4.     The abovementioned depositions must be completed by October 31, 2006;

       5.     Plaintiff must submit expert disclosures by November 30, 2006;

       6.     Defendant must submit expert disclosures by December 31, 2006;

       7.     No additional discovery will be permitted without leave of this court;

       8.     A Pretrial Conference is scheduled for January 9, 2007; and

9.      Trial will begin on January 16, 2007 at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro    
United States District Judge
