UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HEARTS ON FIRE COMPANY, LLC,

    Plaintiff,

v.

EIGHTSTAR DIAMOND COMPANY and
GRS JEWELERS, INC.,

    Defendants.

CIVIL ACTION NO. 04 12258-JLT

## JOINT LIST OF PERSONS TO BE DEPOSED

Plaintiff, Hearts on Fire Company, LLC and defendant, EightStar Diamond Company hereby submit, in accordance with the Court's Discovery Order of January 25, 2006, the following list of persons to be deposed:

By Plaintiff:

1. Eighstar Diamond Company - Rule 30(b)(6)

2. Richard Von Sternberg
   Eightstar Diamond Company

3. Brad Huisken
   IAS Training, 2020 Young Field, Suite 141, Lakewood, CO 80215

By Defendant

1. Glenn Rothman

2. Maarten De Witte

3. Brian McHardy

4. Gailyc C. Sonia

5. Jason Sylvanowicz

6. Hearts on Fire Company, LLC - Rule 30(b)(6)

| HEARTS ON FIRE COMPANY, LLC | EIGHTSTAR DIAMOND COMPANY |
|---|---|
| By its attorneys, *(signature)* | By its attorneys, *(signature)* |
| Robert P. Sherman (BBO #548540)<br>Jessie W. Manchester (BBO #660966)<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>33 Arch Street, 26th Floor<br>Boston, MA  02110<br>Tel. (617) 406-6000<br>Fax (617) 406-6001 | Sean T. Carnathan (BBO #636889)<br>O'CONNOR CARNATHAN & MACK LLC<br>8 New England Executive Park, Suite 310<br>Burlington, MA  01803<br><br>*(signature)*<br><br>James L. Phillips (Admitted Pro Hac Vice)<br>Adele Conover (Admitted Pro Hac Vice)<br>MILLER & NASH LLP<br>4400 2 Union Square<br>610 Union Street<br>Seattle, WA  98101<br>Tel. (206) 622-8484 |