UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARTS ON FIRE COMPANY, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EIGHTSTAR DIAMOND COMPANY and ) <br> GRS JEWELERS, INC., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 04-12258-JLT |

NOTICE OF WITHDRAWAL

Please withdraw my appearance as attorney for the defendant, GRS Jewelers, Inc.

Dated: December 7, 2006           **GRS JEWELERS, INC.,**

By its attorney,

/s/ Nicholas P. Alexander

_____
Nicholas P. Alexander (BBO #544173)
**MORRISON MAHONEY LLP**
250 Summer Street
Boston, MA 02210
(617) 439-7500

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on December 7, 2006, and in accordance with the Fed.R. Civ. P.

   /s/ Nicholas P. Alexander