UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEARTS ON FIRE COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> EIGHT STAR DIAMOND COMPANY and GRS JEWELERS, INC., <br><br> Defendant. | Civil Action No.: 04 12251 JLT <br><br> CONSENT JUDGMENT AND PERMANENT INJUNCTION |

In order to effectuate and implement the Settlement Agreement by and between the Plaintiff Hearts On Fire Company, LLC and Eightstar Diamond Co. ("Eightstar") (a copy of which is attached; hereinafter referred to as "Settlement Agreement"); and because the parties have submitted themselves to the Court's jurisdiction; and because the Court has found that entry of this Consent Judgment and Permanent Injunction is necessary and proper to consummate the settlement of this action.

NOW, THEREFORE, upon agreement of the parties, it is ORDERED, ADJUDICATED, and DECREED as follows:

1. Eightstar and its agents, servants, employees, successors, and assigns, are hereby ENJOINED, except as provided in Section 4 below, from engaging in the following activities or encouraging, directing, aiding or abetting others to engage in the following activities: publishing, using, displaying, publicly distributing, transmitting to the public, disseminating (whether in person or through any medium now known or that may hereafter be created) the following marks (the "Marks"): THE WORLD'S MOST PERFECTLY CUT DIAMOND® and THE MOST PERFECTLY CUT DIAMOND IN THE WORLD®, without regard for the use of

capital or lower case letters, the use of plural or singular forms of any of the foregoing words, or the use of apostrophes or punctuation in connection with any of the foregoing words, including, without limitation, the phrase "The most perfectly cut diamonds in the world. "

2. This Court shall retain continuing jurisdiction over the parties for the purpose of entering enforcement orders of this Consent Judgment and Permanent Injunction and enforcing the Settlement Agreement.

3. Except insofar as the parties have stipulated to the entry of permanent injunctive relief in favor of HOF and against Eightstar in this action, all claims are hereby dismissed with prejudice. Each party shall bear its own costs.

4. Nothing in this Order shall prohibit Eightstar from referencing the Marks as those belonging to HOF in connection with any lawful comparative or competitive advertising.

DATED this 12th day of December, 2006.

BOST1\450000.3

HEARTS ON FIRE COMPANY LLC,

By its attorneys,

*(signature)*

Robert P. Sherman, Esq.
DLA PIPER US LLP
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Telephone: 617.406.6000
Facsimile: 617.406.6100


Consented and Agreed to:

EIGHTSTAR DIAMOND COMPANY

By its attorneys,

*(signature)*

James L. Phillips, admitted pro hac vice
MILLER NASH LLP
601 Union Street
Seattle, WA 98101
Telephone: 206.622.8484
Facsimile: 206.622.7485


Dated: November 12, 2006


SO ORDERED:

Dated: 12/14/06

*(signature)*

United States District Court
District of Massachusetts

- 3 -